## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

MALIBU MEDIA, LLC,                              :
                                                :
                        Plaintiff,              :
        v.                                      :       Civil Action No. 1:12-cv-00845-TWP-MJD
                                                :
JOHN DOES 1-29,                                 :
                                                :
                        Defendants.             :
_____

## PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL
## WITH PREJUDICE OF JOHN DOE 2 ONLY

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe 2 ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe 2 was assigned the IP Address 50.90.55.170. For the avoidance of doubt, Plaintiff is <u>not</u> voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe 2 has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated: August 16, 2012

                                Respectfully submitted,

                                By: ____/s/ *Paul J. Nicoletti*_____
                                Paul J. Nicoletti
                                paul@nicoletti-associates.com
                                Law Office of Nicoletti & Associates, PLLC
                                36880 Woodward Avenue, Suite 100
                                Bloomfield Hills, MI 48304
                                Phone: 248-203-7800
                                *Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:  /s/ *Paul J. Nicoletti*