**Acknowledged**
TWP
August 20, 2012

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 1:12-cv-00845-TWP-MJD |
| | : | |
| JOHN DOES 1-29, | : | |
| | : | |
| Defendants. | : | |

## PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE 2 ONLY

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe 2 ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice. John Doe 2 was assigned the IP Address 50.90.55.170. For the avoidance of doubt, Plaintiff is not voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe 2 has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated: August 16, 2012

Respectfully submitted,

By:   /s/ *Paul J. Nicoletti*
Paul J. Nicoletti
paul@nicoletti-associates.com
Law Office of Nicoletti & Associates, PLLC
36880 Woodward Avenue, Suite 100
Bloomfield Hills, MI 48304
Phone: 248-203-7800
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on August 16, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

               By:  /s/ *Paul J. Nicoletti*