UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

```
MALIBU MEDIA, LLC,              )
                                )
         Plaintiff,             )
     vs.                        ) NO. 1:12-cv-00845-TWP-MJD
                                )
JOHN DOES 1-29,                 )
                                )
         Defendant.             )
```

**SCHEDULING ORDER**
**HON. MAGISTRATE JUDGE MARK J. DINSMORE**

This matter is set for a in person pretrial conference on **Friday, September 7, 2012 at 11:00 a.m.,** in room 243, United States Court House, 46 E. Ohio Street, Indianapolis, Indiana, before Magistrate Judge Mark J. Dinsmore.

Dated: 08/29/2012

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel