## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

MALIBU MEDIA, LLC, )
)
    Plaintiff, )  Civil Action No. 1:12-cv-00845-TWP-MJD
)
v. )
)
JOHN DOES 1-29, )
)
    Defendants. )
)

### PLAINTIFF'S EXPEDITED MOTION TO CONDUCT STATUS HEARING VIA TELEPHONE AND/OR TO ADJOURN STATUS CONFERENCE

NOW COMES the Plaintiff, by and through its counsel, Nicoletti & Associates, PLLC, and states:

1. This court issued its Scheduling Order [DE #7] on August 29, 2012, requiring the in-person Status Conference by Plaintiff's Counsel on September 7, 2012, at 11:00 a.m.

2. Although this case was filed on June 19, 2012, since the filing, Plaintiff has filed a motion for the issuance of subpoenas prior to the Rule 26(f) status conference, which was granted, and Plaintiff has successfully subpoenaed various Internet Service Providers (ISP's) to determine the identity of the Internet Address Owners.

3. The ISP's must provide notice to the account holders prior to the release of the ownership records.

4. Currently, the ISP's are in the process of notifying the Internet Address Owners and/or releasing the ownership records to the Plaintiff.

5. In fact, one or more of the claims against the unknown John Does, are in the process of being resolved and/or have been resolved.

DENIED. The conference shall proceed in person and as scheduled. Furthermore, Plaintiff's motion was improperly filed as an ex parte motion; the Clerk shall remove the seal on Plaintiff's motion.
Dated: September 5, 2012

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana