UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 1:12-cv-00845-TWP-MJD |
| vs. ) | |
| ) | |
| JOHN DOES 1-29, ) | |
| ) | |
| Defendant. ) | |

## ORDER REFERRING MATTER TO MAGISTRATE JUDGE

United States Magistrate Judge Mark J. Dinsmore is hereby designated pursuant to 28 U.S.C. § 636(b)(1)(B) to issue a report and recommendation on Defendants' Motion to Dismiss and/or Sever Complaint Against Defendant John Doe 14 and Quash Subpoena Against Same (Docket No. 10).

IT IS SO ORDERED.

Date: 09/11/2012

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Paul J. Nicoletti
NICOLETTI & ASSOCIATES, P.C.
paul@nicoletti-associates.com