UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

```
MALIBU MEDIA, LLC,               )
                                 )
               Plaintiff,        )
          vs.                    )  NO. 1:12-cv-00845-TWP-MJD
                                 )
JOHN DOES 1-29,                  )
                                 )
               Defendant.        )
```

**SCHEDULING ORDER**
**HON. MAGISTRATE JUDGE MARK J. DINSMORE**

This matter is set for a telephone status conference on **Monday, September 24, 2012 at 1:40 p.m.** Counsel shall attend the conference by calling 317-229-3964.

Dated:  09/19/2012

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Paul J. Nicoletti
NICOLETTI & ASSOCIATES, P.C.
paul@nicoletti-associates.com