UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) |
| vs. | ) NO. 1:12-cv-00845-TWP-MJD |
| JOHN DOES 1-29, | ) |
| Defendant. | ) |

**MINUTE ENTRY FOR SEPTEMBER 24, 2012**
**STATUS CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

Plaintiff appeared by telephone for a Status Conference. A discussion was held regarding the Court's Order dated 9/19/12. [Dkt. 17] Pursuant to Docket 17, Plaintiff was previously ordered to file certain documents under seal. The Court hereby revises that Order and Plaintiff is instructed to file any documents previously ordered to be filed under seal as an Ex Parte Event. Further, the Clerk shall not provide access to any sealed documents filed in this case to any party absent further order of the Court.

With regard to the Motion to Dismiss and/or Sever Complaint against Defendant John Doe 14 filed by Doe Defendant #14, [Dkt. 10], all briefing on the motion is hereby stayed pending further order of the Court.

Dated: 09/26/2012

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel