**SHA-1 Hash:** DC01C9734D05EC1F58F0F17E72AB2F363F0017A4    **Title:** Lunchtime Fantasy
**Rights Owner:** Malibu Media

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 50.90.234.114 | 4/22/2012 20:21 | Indianapolis | IN | Bright House Networks | BitTorrent |
| 2 | 50.90.55.170 | 5/2/2012 22:17 | Carmel | IN | Bright House Networks | BitTorrent |
| 3 | 50.90.6.252 | 4/16/2012 20:56 | Zionsville | IN | Bright House Networks | BitTorrent |
| 4 | 50.90.81.58 | 4/29/2012 16:39 | Indianapolis | IN | Bright House Networks | BitTorrent |
| 5 | 71.46.119.123 | 4/25/2012 17:14 | Marion | IN | Bright House Networks | BitTorrent |
| 6 | 71.46.65.25 | 4/16/2012 3:08 | Fortville | IN | Bright House Networks | BitTorrent |
| 7 | 24.1.3.72 | 5/3/2012 0:59 | West Lafayette | IN | Comcast Cable | BitTorrent |
| 8 | 50.129.108.207 | 4/13/2012 21:07 | West Lafayette | IN | Comcast Cable | BitTorrent |
| 9 | 67.177.182.28 | 3/19/2012 15:59 | Muncie | IN | Comcast Cable | BitTorrent |
| 10 | 68.53.185.139 | 4/13/2012 6:11 | Kokomo | IN | Comcast Cable | BitTorrent |
| 11 | 68.57.227.1 | 5/6/2012 5:00 | Indianapolis | IN | Comcast Cable | BitTorrent |
| 12 | 68.58.123.217 | 5/23/2012 0:49 | Indianapolis | IN | Comcast Cable | BitTorrent |
| 13 | 68.58.8.133 | 4/16/2012 4:00 | Crawfordsville | IN | Comcast Cable | BitTorrent |
| 14 | 68.58.80.150 | 3/19/2012 8:11 | Indianapolis | IN | Comcast Cable | BitTorrent |
| 15 | 69.243.170.86 | 4/21/2012 16:24 | Indianapolis | IN | Comcast Cable | BitTorrent |
| 16 | 98.193.72.157 | 3/23/2012 12:30 | Greenwood | IN | Comcast Cable | BitTorrent |
| 17 | 98.213.187.113 | 3/20/2012 7:17 | Indianapolis | IN | Comcast Cable | BitTorrent |
| 18 | 98.222.110.9 | 5/17/2012 0:56 | Anderson | IN | Comcast Cable | BitTorrent |
| 19 | 98.222.169.8 | 4/5/2012 18:25 | Anderson | IN | Comcast Cable | BitTorrent |
| 20 | 98.222.198.152 | 4/18/2012 21:11 | West Lafayette | IN | Comcast Cable | BitTorrent |
| 21 | 98.222.199.135 | 4/11/2012 4:35 | West Lafayette | IN | Comcast Cable | BitTorrent |

EXHIBIT A

SIN4

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 22 | 98.222.220.211 | 3/25/2012 18:36 | Brownsburg | IN | Comcast Cable | BitTorrent |
| 23 | 98.223.102.95 | 4/2/2012 2:34 | West Lafayette | IN | Comcast Cable | BitTorrent |
| 24 | 98.223.111.250 | 5/2/2012 4:25 | Lafayette | IN | Comcast Cable | BitTorrent |
| 25 | 98.223.45.96 | 3/27/2012 19:24 | Lafayette | IN | Comcast Cable | BitTorrent |
| 26 | 98.223.64.118 | 4/14/2012 13:57 | Lafayette | IN | Comcast Cable | BitTorrent |
| 27 | 98.226.164.106 | 3/20/2012 11:45 | Indianapolis | IN | Comcast Cable | BitTorrent |
| 28 | 107.10.249.190 | 4/15/2012 18:34 | Indianapolis | IN | Road Runner | BitTorrent |
| 29 | 24.172.166.53 | 4/18/2012 0:26 | Indianapolis | IN | Road Runner | BitTorrent |

EXHIBIT A

SIN4