UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 1:12-cv-00845-TWP-MJD |
| v. ) | |
| ) | Judge Tanya Walton Pratt |
| ANDREW LEIGHTNER, et al. ) | Magistrate Judge Mark J. Dinsmore |
| ) | |
| Defendants. ) | |

## APPEARANCE OF COUNSEL

To:  The Clerk of the Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for defendant **Lucas Shultz**.


Date:  November 21, 2012        s/ *David S. Klinestiver*
David S. Klinestiver, Bar No. 11997-22
**LEWIS & KAPPES, P.C.**
One American Square, Suite 2500
Indianapolis, Indiana  46282
Tel: (317) 639-1210
Fax: (317) 639-4882
dklinestiver@lewis-kappes.com

## **CERTIFICATE OF SERVICE**

I certify that on the 21st day of November, 2012, the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

>Paul J. Nicoletti
>36880 Woodward Ave., Suite 100
>Bloomfield Hills, Michigan 48304

>s/ *David S. Klinestiver*_____
>David S. Klinestiver, Bar No. 11997-22

**LEWIS & KAPPES, P.C.**
One American Square, Suite 2500
Indianapolis, Indiana 46282
Tel.: (317) 639-1210
Fax: (317) 639-4882
dklinestiver@lewis-kappes.com