UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 1:12-cv-00845-TWP-MJD |
| v. | ) | |
| | ) | Judge Tanya Walton Pratt |
| ANDREW LEIGHTNER, et al. | ) | Magistrate Judge Mark J. Dinsmore |
| | ) | |
| Defendants. | ) | |

**DEFENDANT LUCAS SHULTZ'S NOTICE OF**
**AUTOMATIC EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendant Lucas Shultz ("Mr. Shultz"), by counsel and pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure and Local Rule 6-1(b), gives notice of an automatic extension of time of twenty-eight (28) days, to and including December 28, 2012, in which to respond to the Complaint filed against him by Malibu Media, LLC ("Plaintiff"). In support of this Notice, Mr. Shultz states that:

1. On November 9, 2012, Plaintiff served Mr. Shultz with its Complaint and Summons in this action.

2. Pursuant to Rule 12 of the Federal Rules of Civil Procedure, Mr. Shultz's answer or other response to Plaintiff's Complaint is presently due November 30, 2012.

3. The deadline for Mr. Shultz to submit his responsive pleading has not yet expired and has not been previously extended.

4. Mr. Shultz now submits this Notice of Automatic Extension of twenty-eight (28) days, to and including December 28, 2012, in which to respond to the Complaint.

5. The extension does not interfere with any case management plan, scheduled hearings or other case deadlines in this action.

6. On November 20, 2012, the undersigned attorney for Mr. Shultz conferred by telephone with Paul J. Nicoletti, counsel for Plaintiff, who agreed to the twenty-eight (28) day extension noticed herein.

7, The original deadline for Mr. Shultz to respond to the Complaint is November 30, 2012; the deadline as extended is now December 28, 2012.

                    Respectfully submitted,

Date:   November 21, 2012        s/ *David S. Klinestiver*
        David S. Klinestiver, Bar No. 11997-22
        **LEWIS & KAPPES, P.C.**
        One American Square, Suite 2500
        Indianapolis, Indiana  46282
        Tel: (317) 639-1210
        Fax: (317) 639-4882
        dklinestiver@lewis-kappes.com

## CERTIFICATE OF SERVICE

I certify that on the 21st day of November, 2012, the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

>Paul J. Nicoletti
>36880 Woodward Ave., Suite 100
>Bloomfield Hills, Michigan 48304

>s/ *David S. Klinestiver*
>David S. Klinestiver, Bar No. 11997-22

**LEWIS & KAPPES, P.C.**
One American Square, Suite 2500
Indianapolis, Indiana 46282
Tel.:  (317) 639-1210
Fax:  (317) 639-4882
dklinestiver@lewis-kappes.com