UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| MALIBU MEDIA, LLC, )<br>    Plaintiff, )<br>)<br>Vs. )<br>)<br>ANDREW LEIGHTNER, KEVIN DEMPSEY, )<br>KENNETH REESE, CARL RUDY, LUCAS )<br>SHULTZ, LUCIAN SAVULESCU, DAN )<br>COROIAN, JIM GENDRON, JEREMY )<br>COTTON, NEVILLE FERNANDES, DANIEL )<br>PITTMAN, JAY GARRETT, JERRY RICHEY )<br>CONNIE FELONGCO, TERESA )<br>STEPHENSON, KIRAN POULSEN, CHRIS )<br>MINOR, SIWEI LI, DERICK BROOKS, )<br>CLARISSA HENDERSHOT and JOHN DOES )<br>14, 16, 17, 20, 23, 24 and 29. )<br>    Defendants )  | Civil Action No: 1:12-cv-00845-TWP-MJD |

APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record.

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Carl Rudy.

Date: November 27, 2012              s/ Kyle C. Persinger_____
                                            KYLE C. PERSINGER (#21779-27)
                                            SPITZER HERRIMAN STEPHENSON
                                            HOLDEREAD MUSSER & CONNER, LLP
                                            122 E. Fourth Street
                                            Marion, IN  46952
                                            kpersinger@shshlaw.com
                                            Telephone:  765/664-7307
                                            Fax:  765/662-0574

CERTIFICATE OF SERVICE

      I hereby certify that on this 27th day of November, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to Paul J. Nicoletti..

                                                /s/ Kyle C. Persinger
                                                Kyle C. Persinger

SPITZER HERRIMAN STEPHENSON
HOLDEREAD MUSSER & CONNER, LLP
122 East Fourth Street
P.O. Box 927
Marion, Indiana 46952
Telephone:  (765) 664-7307
Facsimile:  (765) 662-0574