UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| MALIBU MEDIA, LLC, ) | |
|     Plaintiff, ) | |
| ) | |
| Vs. ) | Civil Action No: 1:12-cv-00845-TWP-MJD |
| ) | |
| ANDREW LEIGHTNER, KEVIN DEMPSEY, ) | |
| KENNETH REESE, CARL RUDY, LUCAS ) | |
| SHULTZ, LUCIAN SAVULESCU, DAN ) | |
| COROIAN, JIM GENDRON, JEREMY ) | |
| COTTON, NEVILLE FERNANDES, DANIEL ) | |
| PITTMAN, JAY GARRETT, JERRY RICHEY ) | |
| CONNIE FELONGCO, TERESA ) | |
| STEPHENSON, KIRAN POULSEN, CHRIS ) | |
| MINOR, SIWEI LI, DERICK BROOKS, ) | |
| CLARISSA HENDERSHOT and JOHN DOES ) | |
| 14, 16, 17, 20, 23, 24 and 29. ) | |
|     Defendants ) | |

## **AGREED NOTICE OF EXTENSION OF TIME TO FILE ANSWER**

Comes now the Defendant, Carl Rudy, by counsel, Spitzer Herriman Stephenson Holderead Musser & Conner, LLP, and for this Notice of Extension of Time to File Answer, states:

1. The Defendant, Carl Rudy, has been served with the summons and complaint in this matter.

2. That Kyle C. Persinger of the law firm of Spitzer Herriman Stephenson Holderead Musser & Conner, LLP, have been retained by the Defendant to defend him in this matter.

3. That pursuant to S.D. Ind. L.R. 6.1, the deadline for Defendant, Carl Rudy, to provide an Answer to Plaintiff's Complaint has not been previously extended, the requested extension is for 14 days, the extension does not interfere with the Case Management Plan, scheduled hearings or other case deadlines and (a) Defendants' counsel has contacted Plaintiff's

counsel to request an initial extension of fourteen (14) days in which to file an Answer to Plaintiff's Complaint, which Plaintiff's counsel does not object.

4. The Defendant, Carl Rudy's, Answer was initially due on November 27, 2012, given this extension of time, Defendants' Answer is now due on or before December 11, 2012.

Date: November 27, 2012          Respectfully submitted,

/s/ Kyle C. Persinger
Kyle C. Persinger (21779-27)
SPITZER HERRIMAN STEPHENSON
HOLDEREAD MUSSER & CONNER, LLP
122 East Fourth Street
P.O. Box 927
Marion, Indiana 46952
Telephone: (765) 664-7307
Facsimile: (765) 662-0574
Email: kpersinger@shshlaw.com

CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of November, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to Paul J. Nicoletti.

/s/ Kyle C. Persinger

SPITZER HERRIMAN STEPHENSON
HOLDEREAD MUSSER & CONNER, LLP
122 East Fourth Street
P.O. Box 927
Marion, Indiana 46952
Telephone: (765) 664-7307
Facsimile: (765) 662-0574