**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| MALIBU MEDIA, LLC | ) |
| | ) |
| Plaintiffs, | ) |
| vs. | ) Case No. 1:12-cv-00845-TWP-MJD |
| | ) |
| ANDREW LEIGHTNER, ET AL | ) |
| | ) |
| Defendants. | ) |

## APPEARANCE OF COUNSEL

TO:   The clerk of court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:   <u>Kenneth Reese.</u>

Dated this 28th day of November, 2012.

*/s/ William E. Wendling, Jr.*
William E. Wendling, Jr. #2004-49
CAMPBELL KYLE PROFFITT LLP
One Penn Mark
11595 N. Meridian St., Suite 701
Carmel, IN 46032
Telephone: (317) 846-6514
Fax: (317) 846-6514
E-mail: wwendling@ckplaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on November 28, 2012, a copy of the foregoing *Appearance of Counsel* was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

| | |
|---|---|
| Paul J. Nicoletti<br>NICOLETTI & ASSOCIATES, PLLC<br>36880 Woodward Ave., Ste. 100<br>Bloomfield Hills, MI 48304<br>paul@nicoletti-associates.com | Kyle C. Persinger<br>SPITZER HERRIMAN STEPHENSON<br>HOLDEREAD MUSSER & CONNER LLP<br>122 East Fourth Street<br>Marion, IN 46952<br>kpersinger@shshlaw.com |
| Arend Abel<br>Lynn Toops<br>Richard Shevitz<br>COHEN & MALAD LLP<br>One Indiana Square, Ste. 1400<br>Indianapolis, IN   46204<br>aabel@cohenandmalad.com<br>ltoops@cohenandmalad.com<br>rshevitz@cohenandmalad.com | David Scott Klinestiver<br>LEWIS & KAPPES<br>One American Square<br>Suite 2500<br>Indianapolis, IN 46282<br>dklinestiver@lewis-kappes.com |

      Respectfully Submitted,

CAMPBELL KYLE PROFFITT LLP

By   */s/ William E. Wendling, Jr*.
     William E. Wendling, Jr. #2004-49
     CAMPBELL KYLE PROFFITT LLP
     One Penn Mark
     11595 N. Meridian St., Suite 701
     Carmel, IN 46032
     Telephone: (317) 846-6514
     Fax: (317) 846-6514
     E-mail: wwendling@ckplaw.com