IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| MALIBU MEDIA, LLC | ) |
| | ) |
| | ) |
| | ) |
| Plaintiffs, | ) |
| vs. | ) Case No. 1:12-cv-00845-TWP-MJD |
| | ) |
| ANDREW LEIGHTNER, ET AL | ) |
| | ) |
| | ) |
| | ) |
| Defendants. | ) |

## APPEARANCE OF COUNSEL

TO:    The clerk of court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as

counsel for:    Kenneth Reese.

Dated this 28th day of November, 2012.

                                      */s/ Matthew T. Lees*
                                      Matthew T. Lees, #27929-49
                                      CAMPBELL KYLE PROFFITT LLP
                                      One Penn Mark
                                      11595 N. Meridian St., Suite 701
                                      Carmel, IN 46032
                                      Telephone: (317) 846-6514
                                      Fax: (317) 846-6514
                                      E-mail: mlees@ckplaw.com

## CERTIFICATE OF SERVICE

 I hereby certify that on November 28, 2012, a copy of the foregoing *Appearance of Counsel* was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

| | |
|---|---|
| Paul J. Nicoletti<br>NICOLETTI & ASSOCIATES, PLLC<br>36880 Woodward Ave., Ste. 100<br>Bloomfield Hills, MI 48304<br>paul@nicoletti-associates.com | Kyle C. Persinger<br>SPITZER HERRIMAN STEPHENSON<br>HOLDEREAD MUSSER & CONNER LLP<br>122 East Fourth Street<br>Marion, IN 46952<br>kpersinger@shshlaw.com |
| Arend Abel<br>Lynn Toops<br>Richard Shevitz<br>COHEN & MALAD LLP<br>One Indiana Square, Ste. 1400<br>Indianapolis, IN   46204<br>aabel@cohenandmalad.com<br>ltoops@cohenandmalad.com<br>rshevitz@cohenandmalad.com | David Scott Klinestiver<br>LEWIS & KAPPES<br>One American Square<br>Suite 2500<br>Indianapolis, IN 46282<br>dklinestiver@lewis-kappes.com |

       Respectfully Submitted,

       CAMPBELL KYLE PROFFITT LLP

       By_____/s/Matthew T. Lees_____
         Matthew T. Lees, #27929-49
         CAMPBELL KYLE PROFFITT LLP
         One Penn Mark
         11595 N. Meridian St., Suite 701
         Carmel, IN 46032
         Telephone: (317) 846-6514
         Fax: (317) 846-6514
         E-mail: mlees@ckplaw.com