UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ANDREW LEIGHTNER, | ) | |
| KEVIN DEMPSEY, | ) | |
| KENNETH REESE, | ) | |
| CARL RUDY, | ) | |
| LUCAS SHULTZ, | ) | |
| LUCIAN SAVULESCU, | ) | |
| DAN COROIAN, | ) | |
| JIM GENDRON, | ) | |
| JEREMY COTTON, | ) | |
| NEVILLE FERNANDES, | ) | |
| DANIEL PITTMAN, | ) | |
| JAY GARRETT, | ) | No. 1:12-cv-00845-TWP-MJD |
| JERRY RICHEY, | ) | |
| CONNIE FELONGCO, | ) | |
| TERESA STEPHENSON, | ) | |
| KIRAN POULSEN, | ) | |
| CHRIS MINOR, | ) | |
| SIWEI LI, | ) | |
| DERICK BROOKS, | ) | |
| CLARISSA HENDERSHOT, | ) | |
| JOHN DOE #14, | ) | |
| JOHN DOE #16, | ) | |
| JOHN DOE #17, | ) | |
| JOHN DOE #20, | ) | |
| JOHN DOE #23, | ) | |
| JOHN DOE #24, | ) | |
| JOHN DOE #29, | ) | |
| | ) | |
| Defendants. | ) | |

SCHEDULING ORDER

The Court, *sua sponte*, amends paragraphs 2 and 3 of its September 19, 2012 Minute Entry [Dkt. 17] as follows:  Once the Complaint in this matter has been amended to name a putative Defendant, counsel for Plaintiff may thereafter communicate with such named Defendant(s), or such named Defendant(s)' counsel if they are represented, for any purpose related to the litigation and or resolution of this matter and is thereafter relieved of the obligation in paragraph 3 of the Court's September 19, 2012 Minute Entry to file with the Court copies of any such correspondence with such named Defendant(s).

Dated:   11/29/2012

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

David Scott Klinestiver
LEWIS & KAPPES
dklinestiver@lewis-kappes.com

Paul J. Nicoletti
NICOLETTI & ASSOCIATES, P.C.
paul@nicoletti-associates.com

Kyle C. Persinger
SPITZER HERRIMAN STEPHENSON HOLDEREAD MUSSER & CONNER LLP
kpersinger@shshlaw.com