UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ANDREW LEIGHTNER, | ) | |
| KEVIN DEMPSEY, | ) | |
| KENNETH REESE, | ) | |
| CARL RUDY, | ) | |
| LUCAS SHULTZ, | ) | |
| LUCIAN SAVULESCU, | ) | |
| DAN COROIAN, | ) | |
| JIM GENDRON, | ) | |
| JEREMY COTTON, | ) | |
| NEVILLE FERNANDES, | ) | |
| DANIEL PITTMAN, | ) | |
| JAY GARRETT, | ) | No. 1:12-cv-00845-TWP-MJD |
| JERRY RICHEY, | ) | |
| CONNIE FELONGCO, | ) | |
| TERESA STEPHENSON, | ) | |
| KIRAN POULSEN, | ) | |
| CHRIS MINOR, | ) | |
| SIWEI LI, | ) | |
| DERICK BROOKS, | ) | |
| CLARISSA HENDERSHOT, | ) | |
| JOHN DOE #14, | ) | |
| JOHN DOE #16, | ) | |
| JOHN DOE #17, | ) | |
| JOHN DOE #20, | ) | |
| JOHN DOE #23, | ) | |
| JOHN DOE #24, | ) | |
| JOHN DOE #29, | ) | |
| | ) | |
| Defendants. | ) | |

# MINUTE ENTRY FOR NOVEMBER 28, 2012
# SETTLEMENT CONFERENCE
# HON. MARK J. DINSMORE, MAGISTRATE JUDGE

The Plaintiff appeared by counsel telephonically for a settlement conference. The purpose of this conference was to discuss the parameters for settlement negotiations in light of the Court's prior orders .

Dated:   11/29/2012

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

David Scott Klinestiver
LEWIS & KAPPES
dklinestiver@lewis-kappes.com

Paul J. Nicoletti
NICOLETTI & ASSOCIATES, P.C.
paul@nicoletti-associates.com

Kyle C. Persinger
SPITZER HERRIMAN STEPHENSON HOLDEREAD MUSSER & CONNER LLP
kpersinger@shshlaw.com