United States District Court

For the Southern District of Indiana
46 East Ohio Street Room 105
Indianapolis IN 46204

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
November 27, 2012

2012 DEC -3  PM 3: 38

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

Re answer to civil case #1:12-cv-00845-TWP-MJD

This is my answer to a civil case filed against me by Malibu LLC and their attorney Paul Nicoletti. I received notice of this summons 11-25-2012 at approximately 6pm. I am responding quickly so if I need any additional information submitted I will still have time to do so.

My name is Jason Garrett. I live at 708 Prospect Street Crawfordsville Indiana. I am 53 years old. I have been married for 27 years to Nancy Garrett. We have raised four sons and are currently raising two of our grandchildren. I work as a vending route driver. I make about $32,000 per year. My wife has Chronic obstructive pulmonary disease, congestive heart failure and Obstructive sleep apnea. She can only work a few hours per week as a nursery attendant in a Lutheran church. She makes around $2000 per year. This is why I am unable to hire or consult an attorney. Our financial situation is critical. We live paycheck to paycheck with $5 left in the bank the day before payday. We have no savings and no assets.

In this summons I am accused of direct and contributory copyright infringement. I deny all allegations. I have done nothing wrong. I am simply a subscriber to an Internet Service Provider. I did not do this. On the day in question 4-16-2012 at 4 am I was on my way to work in Lafayette Indiana. I wasn't even home at that time. I will fight this at every turn. I don't have a lawyer and I have no money to hire one. I just have to have faith in our legal system and know that I have truth on my side. If I have to I will of course come to court to defend myself. I have no assets, no money and to take time off from work could jeopardize my job and my family. I have no paid days left. I have heart disease and have had a heart attack so I have used all my paid days for medical reasons. I am just sickened that I am being sued for something I know nothing about and something I am completely innocent of.

I have Comcast internet and television services. We have a wireless router in our home. This enables our grandchildren to watch Netflix on the Xbox and Wii gaming systems. They also can play on Xbox live if you have a wireless router. We do not own a laptop and we never have had one. We only have a desktop pc. I personally have no knowledge of computers. I have never turned one on. I have no idea how to get online and search for things. I have no idea what a torrent is and the first time I heard of one was when I received this summons. My family and I

RECEIVED
DEC 0 3 2012
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

have Netflix, HBO and cable for our movies. We also sometimes visit Family Video. I have never downloaded a movie on our computer nor has my wife or grandchildren. We have had the same computer for two years and there is nothing of this kind on our system. There never has been. On our street we have at least six houses that are close enough to access our IP address. I didn't have any idea that was even possible, but I know now..

I know this probably isn't a proper answer to this summons. I am hoping and praying that if I need to put this down in a different way or file another paper that the court will allow me to do so. Anything to resolve this issue.


Sincerely

*Jason Garrett*

Jason Garrett

708 Prospect Street

Crawfordsville IN  47933

(765) 307-7183

Copy to

Paul Nicoletti and Associates