UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT INDIANA

| | |
|---|---|
| MALIBU MEDIA, LLC, <br> Plaintiff, <br><br> v. <br><br> ANDREW LEIGHTNER, KEVIN DEMPSEY, <br> KENNETH REESE, CARL RUDY, LUCAS <br> SHULTZ, LUCIAN SAVULESCU, DAN <br> COROIAN, JIM GENDRON, JEREMY <br> COTTON, NEVILLE FERNANDES, DANIEL <br> PITTMAN, JAY GARRETT, JERRY RICHEY <br> CONNIE FELONGCO, TERESA <br> STEPHENSON, KIRAN POULSEN, CHRIS <br> MINOR, SIWEI LI, DERICK BROOKS, <br> CLARISSA HENDERSHOT, and <br> JOHN DOES 2, 14, 16, 17, 20, 23, 24 and 29, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) Case No. 1:12-cv-00845-TWP-MJD <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF INITIAL ENLARGEMENT OF TIME TO RESPOND
TO PLAINTIFF'S AMENDED COMPLAINT**

Defendants, NEVILLE FERNANDES and CHRIS MINOR, by counsel, hereby provide notice pursuant to Local Rule 6.1, of a 28 day extension of time for them to answer or otherwise respond to Plaintiff's Amended Complaint. In support of this Notice, Defendants state:

1. On December 5, 2012 counsel for Defendants made diligent efforts to contact Plaintiff's counsel via email, and left voicemail concerning this request, but no response has been received.

2. No Case Management Plan deadlines would be affected by this extension.

3. The original response deadline for Defendant, NEVILLE FERNANDES, is believed to be December 10, 2012, and by this Notice, the date is extended to and including **January 7, 2013.**

4.	The original response deadline for Defendant, CHRIS MINOR, is believed to be December 6, 2012, and by this Notice, the date is extended to and including **January 3, 2013.**

>	By:	s/ Paul B. Overhauser_____
>		Paul B. Overhauser
>		OVERHAUSER LAW OFFICES LLC
>		740 West Green Meadows Drive
>		Suite 300
>		Greenfield IN  46140
>		Phone: 317-891-1500
>		Fax: 866-283-8549
>		poverhauser@overhauser.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing is being filed electronically, and notice hereof will automatically be sent to all counsel of record that participate in electronic filing, by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

>	By:	s/ Paul B. Overhauser_____
>		Paul B. Overhauser