UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| MALIBU MEDIA, LLC, )<br>    Plaintiff, )<br> )<br>Vs. )<br> )<br>ANDREW LEIGHTNER, KEVIN DEMPSEY, )<br>KENNETH REESE, CARL RUDY, LUCAS )<br>SHULTZ, LUCIAN SAVULESCU, DAN )<br>COROIAN, JIM GENDRON, JEREMY )<br>COTTON, NEVILLE FERNANDES, DANIEL )<br>PITTMAN, JAY GARRETT, JERRY RICHEY )<br>CONNIE FELONGCO, TERESA )<br>STEPHENSON, KIRAN POULSEN, CHRIS )<br>MINOR, SIWEI LI, DERICK BROOKS, )<br>CLARISSA HENDERSHOT and JOHN DOES )<br>14, 16, 17, 20, 23, 24 and 29. )<br>    Defendants )  | Civil Action No: 1:12-cv-00845-TWP-MJD |

**OREDER ON DEFENDANT CARL RUDY'S MOTION TO DISMISS FOR IMPROPER VENUE**

Now on this ___ day of _____, 201_, upon consideration of Defendant Carl Rudy's Motion to Dismiss for Improper Venue (Document # ____) and the responses and replies thereto. The Court, being well and sufficiently advised finds and orders as follows:

    1.    Defendant Carl Rudy resides in Marion, Grant County, Indiana which is not the proper venue for this Court.

    2.    That no alleged actions on the part of Defendant Carl Rudy occurred in this court's jurisdiction.

    3.    Proper venue in regards to Defendant Carl Rudy lies with the United States District Court for the Northern District of Indiana.

    IT IS THEREFORE ORDERED as follows:

Defendant Carl Rudy's Motion to Dismiss for Improper Venue is hereby Granted and Plaintiff Malibu Media, LLC's claims against Defendant Carl Rudy are hereby dismissed pursuant to 28 U.S.C. U.S.C. § 1400(a) and § 1406(a) without prejudice.

Dated: _____

_____
Honorable Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Paul J. Nicoletti
Arend J. Abel
David Scott Klinestiver
Lynn A. Toops
Matthew Thomas Lees
Paul B. Overhauser
Richard E. Shevitz
William Edwin Wendling, Jr.
Kyle C. Persinger
Derick Brooks
Jay Garrett