# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 1:12-cv-00845-TWP-MJD |
| | : | |
| ANDREW LEIGHTNER et al | : | |
| | : | |
| Defendants. | : | |

## PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF JIM GENDRON ONLY

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with Jim Gendron ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice. Jim Gendron was assigned the IP Address 67.177.182.28. For the avoidance of doubt, Plaintiff is not voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant Jim Gendron has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated:  December _____, 2012

                                                             Respectfully submitted,

                                                             By: ____/s/ *Paul J. Nicoletti*_____
                                                             Paul J. Nicoletti
                                                             paul@nicoletti-associates.com
                                                            Law Office of Nicoletti & Associates, PLLC
                                                            36880 Woodward Avenue, Suite 100
                                                            Bloomfield Hills, MI 48304
                                                           Phone:  248-203-7800
                                                           *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December ____, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                                By: /s/ *Paul J. Nicoletti*
                                                Paul J. Nicoletti