UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | ) | |
| Plaintiff, | ) ) | CAUSE NO. 1:12-cv-00845-TWP-MJD |
| vs. | ) ) ) | |
| ANDREW LEIGHTNER, et al | ) ) | |
| Defendant. | ) ) | |

**ORDER DISMISSING WITH PREJUDICE PLAINTIFF's
CLAIMS AGAINST DEFENDANT KEVIN DEMPSEY**

This matter is before the Court on the Stipulation of Dismissal With Prejudice of Plaintiff's Claims Against Defendant Kevin Dempsey, and the court, being duly advised, now finds that the Stipulation should be, and hereby is, **GRANTED.**

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of Plaintiff Malibu Media, LLC against Defendant Kevin Dempsey in Cause No. 1:12-cv-00845-TWP-MJD are hereby **DISMISSED WITH PREJUDICE**, each side to bear its own fees and costs.

SO ORDERED

Dated: _____

United States District Court
Southern District of Indiana