UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT INDIANA

| | |
|---|---|
| MALIBU MEDIA, LLC, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>ANDREW LEIGHTNER, KEVIN DEMPSEY, )<br>KENNETH REESE, CARL RUDY, LUCAS )<br>SHULTZ, LUCIAN SAVULESCU, DAN )<br>COROIAN, JIM GENDRON, JEREMY )<br>COTTON, NEVILLE FERNANDES, DANIEL )<br>PITTMAN, JAY GARRETT, JERRY RICHEY,)<br>CONNIE FELONGCO, TERESA )<br>STEPHENSON, KIRAN POULSEN, CHRIS )<br>MINOR, SIWEI LI, DERICK BROOKS, )<br>CLARISSA HENDERSHOT and JOHN DOES )<br>14, 16, 17, 20, 23, 24 and 29. )<br>)<br>    Defendants. )<br>) | Civil Case No. <u>1:12-cv-00845-TWP-MJD</u> |

**ORDER ON PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME
WITHIN WHICH IT HAS TO EFFECTUATE SERVICE ON DEFENDANTS**

THIS CAUSE came before the Court upon Plaintiff's Second Motion for Extension of Time Within Which it Has to Serve Defendants With a Summons and Complaint (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted.  Plaintiff shall have up to November 29, 2012 to effectuate service of a summons and Complaint upon each named Defendant.

    SO ORDERED

Dated:  12/28/2012

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

1