UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT INDIANA

| | |
|---|---|
| MALIBU MEDIA, LLC, <br> Plaintiff, <br><br> v. <br><br> ANDREW LEIGHTNER, KEVIN DEMPSEY, <br> KENNETH REESE, CARL RUDY, LUCAS <br> SHULTZ, LUCIAN SAVULESCU, DAN <br> COROIAN, JIM GENDRON, JEREMY <br> COTTON, NEVILLE FERNANDES, DANIEL <br> PITTMAN, JAY GARRETT, JERRY RICHEY <br> CONNIE FELONGCO, TERESA <br> STEPHENSON, KIRAN POULSEN, CHRIS <br> MINOR, SIWEI LI, DERICK BROOKS, <br> CLARISSA HENDERSHOT, and <br> JOHN DOES 2, 14, 16, 17, 20, 23, 24 and 29, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) Case No. 1:12-cv-00845-TWP-MJD <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER COMPLAINT

Defendants, Neville Fernandes, Teresa Stephenson, and Chris Minor, by counsel, hereby move for an extension of time up to and including **February 9, 2013** to answer or otherwise respond to the Complaint. The undersigned believes the current deadlines to answer are January 7, 2013 for Neville Fernandes and Chris Minor; and January 9, 2013 for Teresa Stephenson.

On December 31, 2012, the undersigned discussed this with Paul Nicoletti, counsel for Plaintiff, who indicated that he did not oppose this motion. The undersigned certifies that this motion is not made for purposes of delay or for any improper purpose.

                                              Respectfully submitted,
                                              Overhauser Law Offices, LLC

Dated; December 31, 2012        By: ____s/__Paul B. Overhauser_____
                                                    Paul B. Overhauser
                                                    Overhauser Law Offices, LLC
                                                    740 West Green Meadows Drive

        Suite 300
        Greenfield, IN 46140
        (317) 891-1500
        (866) 283-8549 – Fax
        poverhauser@overhauser.com
        *Attorneys for Defendants Neville Fernandes,*
        *Chris Minor and Teresa Stephenson*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing is being filed electronically, and notice hereof will automatically be sent to all counsel of record that participate in electronic filing, by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        By:     s/ Paul B. Overhauser
                     Paul B. Overhauser