**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                                                          Civil Action No. 1:12-cv-00845-TWP-MJD

ANDREW LEIGHTNER, KEVIN DEMPSEY, KENNETH REESE, CARL RUDY, LUCAS SHULTZ, LUCIAN SAVULESCU, DAN COROIAN, JIM GENDRON, JEREMY COTTON, NEVILLE FERNANDES, DANIEL PITTMAN, JAY GARRETT, JERRY RICHEY CONNIE FELONGCO, TERESA STEPHENSON, KIRAN POULSEN, CHRIS MINOR, SIWEI LI, DERICK BROOKS, CLARISSA HENDERSHOT and JOHN DOES 14, 16, 17, 20, 23, 24 and 29.

    Defendants.
_____/

## MOTION FOR ENTRY OF CLERK'S DEFAULT
## PURSUANT TO FED.R.CIV.P 55(a)

Pursuant to Fed.R.Civ.P. 55(a), Plaintiff moves for the entry of a default against Defendants, Lucian Savulescu, Dan Coroian, Jeremy Cotton and Connie Felongco for failing to plead or otherwise defend this action as required by law. Attached hereto as Exhibit A is the Declaration in Support of Request for Entry of Default. Attached hereto as Exhibit B is the proposed Entry of Default.

    Dated: January 9, 2013

                                                                    Respectfully submitted,

                                                                    By:   /s/ *Paul J. Nicoletti*
                                                                    Paul J. Nicoletti

                    paul@nicoletti-associates.com  
                    Law Office of Nicoletti & Associates, PLLC  
                    36880 Woodward Avenue, Suite 100  
                    Bloomfield Hills, MI 48304  
                    Phone:  248-203-7800  
                    *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2013, I electronically filed the foregoing document with the Clerk of the Court and all parties using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not CM/ECF users.  I have mailed the foregoing document via U.S. Mail to the persons set forth in the Service List below.

                    By:    /s/ *Paul J. Nicoletti*  
                    Paul J. Nicoletti

**Service List**

Lucian Savulescu  
4591 Matthew Street  
West Lafayette, Indiana 47906

Dan Coroian  
2061 Malibu Drive  
West Lafayette, Indiana 47906

Jeremy Cotton  
5229 W. 300 S.  
Russiaville, Indiana  46979

Connie Felongco  
712 Ranike Drive, Apt. 1  
Anderson, Indian 46012