# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

MALIBU MEDIA, LLC,

        Plaintiff,

v.

ANDREW LEIGHTNER, KEVIN DEMPSEY, KENNETH REESE, CARL RUDY, LUCAS SHULTZ, LUCIAN SAVULESCU, DAN COROIAN, JIM GENDRON, JEREMY COTTON, NEVILLE FERNANDES, DANIEL PITTMAN, JAY GARRETT, JERRY RICHEY CONNIE FELONGCO, TERESA STEPHENSON, KIRAN POULSEN, CHRIS MINOR, SIWEI LI, DERICK BROOKS, CLARISSA HENDERSHOT and JOHN DOES 14, 16, 17, 20, 23, 24 and 29.

        Defendant.

_____/

Case No.: 1:12-cv-00845-TWP-MJD

## DECLARATION IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT

I, Paul J. Nicoletti, declare under penalty of perjury that the following facts are true and correct to the best of my information and belief:

1. I am the attorney for the Plaintiff in this action.

2. A Complaint was filed herein on June 18, 2012.

3. On September 27, 2012, Plaintiff filed its Amended Complaint.

4. Service of summons and Amended Complaint were obtained as follows:

| Defendant | Date of Service, Type of Service |
|---|---|
| Lucian Savulescu | November 5, 2012, Personal |
| Dan Coroian | November 8, 2012, Personal |

EXHIBIT A

| | |
|---|---|
| Jeremy Cotton | November 13, 2012, Personal |
| Connie Felongco | November 17, 2012, Personal |

5. More than twenty-one (21) days have elapsed since the Defendants in this action were served, and the Defendants have failed to plead or otherwise defend this action as provided by the Federal Rules of Civil Procedure.

## DECLARATION

**PURSUANT TO 28 § U.S.C. § 1746,** I hereby declare under penalty of perjury under laws of the United States of America that the foregoing is true and correct.

Executed on this 9th day of January, 2013.

/s/ *Paul J. Nicoletti*
Attorney for Plaintiff

EXHIBIT A