IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

MALIBU MEDIA, LLC,

    Plaintiff,

v.

ANDREW LEIGHTNER, KEVIN DEMPSEY, KENNETH REESE, CARL RUDY, LUCAS SHULTZ, LUCIAN SAVULESCU, DAN COROIAN, JIM GENDRON, JEREMY COTTON, NEVILLE FERNANDES, DANIEL PITTMAN, JAY GARRETT, JERRY RICHEY CONNIE FELONGCO, TERESA STEPHENSON, KIRAN POULSEN, CHRIS MINOR, SIWEI LI, DERICK BROOKS, CLARISSA HENDERSHOT and JOHN DOES 14, 16, 17, 20, 23, 24 and 29.

    Defendants.
_____/

Case No.: 1:12-cv-00845-TWP-MJD

## ENTRY OF DEFAULT

It appearing that the Complaint was filed in this case on June 18, 2012; that the summons and Complaint were duly served upon Defendants, Lucian Savulescu on November 5, 2012, Dan Coroian on November 8, 2012, Jeremy Cotton on November 13, 2012 and Connie Felongco on November 17, 2012, and no answers or other pleadings have been filed by said Defendants as required by law;

Therefore, upon request of the Plaintiff, default is hereby entered against the Defendants as provided in Rule 55(a), Federal Rules of Civil procedure.

By: _____
Deputy Clerk

EXHIBIT B