# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## District of Indiana

Case Number: 1: 12-CV-00845-TWP-MJD

Plaintiff:
**Malibu Media, LLC.**
vs.
Defendant:
**Andrew Leightner, et al.**

Received by Affordable Process Service Inc. to be served on **Derick Brooks, 529 S 9th Street, Lafayette, IN 47901.**

I, Heather Roudebush, do hereby affirm that on the **21st day of November, 2012 at 7:25 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons, Complaint, and Exhibits** with the date and hour of service endorsed thereon by me, to: **Derick Brooks** at the address of: **529 S 9th Street, Lafayette, IN 47901**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, not a party to the action, in the judicial circuit in which the process was served.

**Heather Roudebush**
Process Server

Affordable Process Service Inc.
5868 East 71st Street
Suite E-229
Indianapolis, IN 46220
(317) 776-0044
Our Job Serial Number: HLR-2012001015