UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) 1:12-cv-00845-TWP-MJD |
| v. | ) |
| | ) |
| ANDREW LEIGHTNER, et al. | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SETTLEMENT WITH DEFENDANT LUCAS SHULTZ

Defendant Lucas Shultz ("Mr. Shultz"), in lieu of answering the Complaint of Plaintiff Malibu Media, LLC, hereby gives notice to the Court that Plaintiff and Mr. Shultz have settled this matter with respect to Plaintiff's claims against Mr. Shultz (only).

The undersigned counsel for Mr. Shultz anticipates that either a voluntary dismissal by Plaintiff or a joint stipulation of dismissal, with prejudice, with respect to Plaintiff's claims against Mr. Shultz will be filed with the Court within the next several days.

Respectfully submitted,

Date:  January 11, 2013

s/ *David S. Klinestiver*
David S. Klinestiver, Bar No. 11997-22
LEWIS & KAPPES, P.C.
One American Square, Suite 2500
Indianapolis, Indiana  46282
Tel: (317) 639-1210
Fax: (317) 639-4882
dklinestiver@lewis-kappes.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2013, the foregoing *Notice of Settlement* was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I further certify that on January 11, 2013, a copy of the foregoing *Notice of Settlement* was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

        DERICK BROOKS
        529 South 9th Street
        Lafayette, IN 47901

        SIWEI LI
        2427 Neil Armstrong Drive, 1A
        West Lafayette, IN 47906

        s/ *David S. Klinestiver*
        David S. Klinestiver, Bar No. 11997-22
        LEWIS & KAPPES, P.C.
        dklinestiver@lewis-kappes.com