UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 1:12-cv-00845-TWP-MJD |
| v. ) | |
| ) | |
| ANDREW LEIGHTNER, et al., ) | |
| ) | |
| Defendants. ) | |

**RESPONSE IN OPPOSITION TO MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT LUCIAN SAVULESCU**

# EXHIBIT B

## AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of Indiana

Case Number: 1:12-CV-00845-TWP-MJD

Plaintiff:
**Malibu Media, LLC**

vs.

Defendant:
**Andrew Leightner, et al**

Received by EXPRESS PROCESS SERVICE, INC. on the 5th day of November, 2012 at 3:41 pm to be served on **Lucian Savulescu, 4591 Matthew Street, West Lafayette, IN 47906.**

I, Bill Rorie, being duly sworn, depose and say that on the **5th day of November, 2012 at 5:20 pm, I:**

**Individually Served** the within named person with a true copy of the Summons and Amended Complaint with Exhibits A, B, C at the aforementioned address.

**Description** of Person Served: Age: 50, Sex: M, Race/Skin Color: Cauc, Height: 5'9", Weight: 170, Hair: Gray, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action and have proper authority in the jurisdiction in which service was made. I declare that the facts set forth in the foregoing Affidavit of Service are true and correct.

Subscribed and Sworn to before me on the 7th day of November, 2012 by the affiant who is personally known to me.

NOTARY PUBLIC

NANCY BOTBYL
Marion County
My Commission Expires
July 18, 2017

**Bill Rorie**
Process Server

**EXPRESS PROCESS SERVICE, INC.**
8250 East Washington St
Indianapolis, IN 46219-6816
(317) 890-1055

Our Job Serial Number: CRT-2012005998
Ref: Malibu Media v. Savulescu

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5b