UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT INDIANA

| | |
|---|---|
| MALIBU MEDIA, LLC,               )<br>                                                  )<br>     Plaintiff,                              )<br>                                                  )<br> v.                                              )<br>                                                  )<br>ANDREW LEIGHTNER, KEVIN DEMPSEY, )<br>KENNETH REESE, CARL RUDY, LUCAS )<br>SHULTZ, LUCIAN SAVULESCU, DAN   )<br>COROIAN, JIM GENDRON, JEREMY    )<br>COTTON, NEVILLE FERNANDES, DANIEL )<br>PITTMAN, JAY GARRETT, JERRY RICHEY,)<br>CONNIE FELONGCO, TERESA          )<br>STEPHENSON, KIRAN POULSEN, CHRIS )<br>MINOR, SIWEI LI, DERICK BROOKS,   )<br>CLARISSA HENDERSHOT and JOHN DOES )<br>14, 16, 17, 20, 23, 24 and 29.               )<br>                                                  )<br>     Defendants.                         )<br>                                                  ) | Civil Case No. 1:12-cv-00845-TWP-MJD |

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION FOR ENTRY OF CLERK'S DEFAULT AGAINST DEFENDANT LUCIAN SAVULESCU ONLY**

**PLEASE TAKE NOTICE,** Plaintiff hereby withdraws its Motion for Entry of a Clerk's Default with respect to Defendant Lucian Savulescu only, filed on January 9, 2013 at document number 103, because counsel for Defendant Savulescu subsequently agreed to cause Defendant Savulescu to waive service, contingent upon Plaintiff filing this notice.

For the avoidance of doubt, Plaintiff has not withdrawn its motion relating to Defendants Coroian, Cotton, and Felongco.

Dated:  January 29, 2013

1

Respectfully submitted,

NICOLETTI & ASSOCIATES, PLLC

By: /s/ *Paul J. Nicoletti*
Paul J. Nicoletti, Esq. (P44419)
36880 Woodward Ave, Suite 100
Bloomfield Hills, MI 48304
Tel: (248) 203-7800
Fax: (248) 203-7801
E-Fax: (248) 928-7051
Email: paul@nicoletti-associates.com
*Attorney for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2013, I electronically filed the foregoing document with the Clerk of the Court and all parties using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document via U.S. Mail to the persons set forth in the Service List below.

By: /s/ *Paul J. Nicoletti*

### SERVICE LIST

Lucian Savulescu
4591 Matthew Street
West Lafayette, Indiana 47906

Dan Coroian
2061 Malibu Drive
West Lafayette, Indiana 47906

Jeremy Cotton
5229 W. 300 S.
Russiaville, Indiana 46979

Connie Felongco
712 Ranike Drive, Apt. 1
Anderson, Indian 46012

2