**DECLARATION OF NEVILLE FERNANDES**

I, Neville Fernandes, declare and affirm under penalties of perjury of the United
States as follows:

1. I have personal knowledge of the facts stated herein and could testify to the
   same if called to testify.

2. I am a resident of North Carolina.

3. I understand that in this case (Case No. 1:12-cv-00845-TWP-MJD), the Plaintiff
   alleges it served me as follows:

---

Received by Affordable Process Service Inc. to be served on Neville Fernandes, 7040 Forrester Lane,
Indianapolis, IN 46214.

I, Heather Roudebush, do hereby affirm that on the **17th day of November, 2012 at 9:24 am, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons, Complaint, and Exhibits** with
the date and hour of service endorsed thereon by me, to: Neville Fernandes at the address of: **7040 Forrester
Lane, Indianapolis, IN 46214**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, not a party to the action, in the judicial circuit in which the process was
served.

---

(Doc. 104).

4. This allegation is untrue.  I was never served with any summons or complaint
   on November 17, 2012, or thereafter.

5. On November 17, 2012, I did not reside in Indiana, nor was I in Indiana; I was
   in North Carolina where I reside.

6. I do not have any offices in Indiana.

7. I do not regularly transact any business in Indiana.

/
/
/
/
/
/
/
/
/
/
/

8. I do not:

    a.  Maintain an office in Indiana;

    b.  Have any employees in Indiana;

    c.  Send agents to Indiana to conduct business;

    d.  Advertise in Indiana;

    e.  Solicit business in Indiana; nor have I

    f.  Designated an agent for service of process in Indiana.


Subscribed and sworn to:          Date: <u>February 11, 2013</u>


_____

Neville Fernandes