## DECLARATION OF LARISSA FERNANDES

I, Larissa Fernandes, declare and affirm under penalties of perjury of the United States as follows:

1. I have personal knowledge of the facts stated herein and could testify to the same if called to testify.

2. On November 17, 2012, I resided at 7040 Forrester Lane, Indianapolis, Indiana.

3. On November 17, 2012, no one named Neville Fernandes resided at 7040 Forrester Lane, Indianapolis, Indiana.

4. I understand that in this case (Case No. 1:12-cv-00845-TWP-MJD), the Plaintiff alleges it served Neville Fernandes as follows:

> Received by Affordable Process Service Inc. to be served on Neville Fernandes, 7040 Forrester Lane, Indianapolis, IN 46214.
>
> I, Heather Roudebush, do hereby affirm that on the 17th day of November, 2012 at 9:24 am, I:
>
> INDIVIDUALLY/PERSONALLY served by delivering a true copy of the Summons, Complaint, and Exhibits with the date and hour of service endorsed thereon by me, to: Neville Fernandes at the address of: 7040 Forrester Lane, Indianapolis, IN 46214, and informed said person of the contents therein, in compliance with state statutes.
>
> I certify that I am over the age of 18, not a party to the action, in the judicial circuit in which the process was served.

(Doc. 104).

5. The above statement is false. On November 17, 2012 a person came to 7040 Forrester Lane, Indianapolis, Indiana. When I answered the door, a lady asked me "Is Neville Fernandes there?" I said "no" and she handed me some paperwork. I later learned that the paperwork was a complaint and summons in Case No. 1:12-cv-00845-TWP-MJD.

Subscribed and sworn to:                                Date: February 11, 2013

*/s/ Larissa Fernandes*
Larissa Fernandes

1