UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT INDIANA

| | |
|---|---|
| MALIBU MEDIA, LLC, <br> Plaintiff, <br><br> v. <br><br> ANDREW LEIGHTNER, KEVIN DEMPSEY, KENNETH REESE, CARL RUDY, LUCAS SHULTZ, LUCIAN SAVULESCU, DAN COROIAN, JIM GENDRON, JEREMY COTTON, NEVILLE FERNANDES, DANIEL PITTMAN, JAY GARRETT, JERRY RICHEY CONNIE FELONGCO, TERESA STEPHENSON, KIRAN POULSEN, CHRIS MINOR, SIWEI LI, DERICK BROOKS, CLARISSA HENDERSHOT, and JOHN DOES 2, 14, 16, 17, 20, 23, 24 and 29, <br><br> Defendants. | Case No. 1:12-cv-00845-TWP-MJD |

**O**RDER **G**RANTING **M**OTION **T**O DISMISS FOR
**L**ACK OF **P**ERSONAL **J**URISDICTION AND **I**NSUFFICIENT **S**ERVICE OF **P**ROCESS

The Defendant, Neville Fernandes' Motion to Dismiss is before the Court. The Court having reviewed the motion and the evidence and arguments relating to the Motion, finds the motion should be and hereby is GRANTED.

IT IS NOW, THEREFORE, ORDERED, ADJUDGED AND DECREED that Neville Fernandes is dismissed.

ENTERED this ___ day of _____, 20__.

1

                                                                     _____

                                                               United States District Court Judge

Distribution to all counsel of record that participate in electronic filing automatically by operation of the Court's electronic filing system.