## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT INDIANA

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. <u>1:12-cv-00845-TWP-MJD</u> |
| | ) | |
| v. | ) | |
| | ) | |
| ANDREW LEIGHTNER, KEVIN DEMPSEY, | ) | |
| KENNETH REESE, CARL RUDY, LUCAS | ) | |
| SHULTZ, LUCIAN SAVULESCU, DAN | ) | |
| COROIAN, JIM GENDRON, JEREMY | ) | |
| COTTON, NEVILLE FERNANDES, DANIEL | ) | |
| PITTMAN, JAY GARRETT, JERRY RICHEY, | ) | |
| CONNIE FELONGCO, TERESA | ) | |
| STEPHENSON, KIRAN POULSEN, CHRIS | ) | |
| MINOR, SIWEI LI, DERICK BROOKS, | ) | |
| CLARISSA HENDERSHOT and JOHN DOES | ) | |
| 14, 16, 17, 20, 23, 24 and 29, | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION
## OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION TO REQUIRE
## PLAINTIFF TO POST BOND FOR COSTS AND EXPENSES [CM/ECF 194]

Plaintiff, Malibu Media, LLC ("Plaintiff"), moves for entry of an order extending the time within which Plaintiff has to file its response to Defendant's Motion to Require Plaintiff to Post Bond for Costs and Expenses [CM/ECF 194], and states:

1.      On May 24, 2013, Defendant filed a Motion to Require Plaintiff to Post Bond for Costs and Expenses [CM/ECF 194].  Accordingly, Plaintiff's response is due this Friday, June 7, 2013.

2.      Plaintiff is currently preparing for and will be in trial beginning Monday, June 10, 2013 in the Eastern District of Pennsylvania.  *See Malibu Media, LLC v. John Does 1, 13, 14,*

*and 16*, Case No. 12-cv-2078-MMB (E.D. Pa). This will be the first ever trial in a BitTorrent infringement case.

3.      As Plaintiff's attention is focused almost entirely on the upcoming trial, undersigned is unable to work with Plaintiff to prepare its responses to Defendant's motion. As such, Plaintiff requires additional time within which to file its response.

4.      Further, Defendant's Motion attaches an email from attorney Keith Lipscomb and an adverse counsel. Mr. Lipscomb would like to be available to provide declarations regarding the email and the surrounding circumstances. Mr. Lipscomb is co-counsel for Plaintiff in the upcoming trial in the Eastern District of Pennsylvania and will be in trial throughout its duration.

5.      Plaintiff is hopeful that trial will conclude by June 14, 2013 and that both Plaintiff and attorney Lispcomb will be in their offices to provide any declarations or supporting documentation which may be necessary.

6.      Undersigned has conferred with counsel for Defendant, who has advised that his client does not oppose an extension of up to and including June 14, 2013 for Plaintiff to file its response to Defendant's motion.

WHEREFORE, Plaintiff respectfully requests that the time within which it must file its response to Defendant's motion [CM/ECF 194] be extended until June 14, 2013. A proposed order is attached for the Court's convenience.

Dated:  June 6, 2013

Respectfully submitted,

NICOLETTI & ASSOCIATES, PLLC

By:     /s/ *Paul J. Nicoletti*
        Paul J. Nicoletti, Esq. (P44419)
        36880 Woodward Ave, Suite 100
        Bloomfield Hills, MI 48304
        Tel:  (248) 203-7800
        Fax:  (248) 203-7801
        E-Fax: (248) 928-7051
        Email:  paul@nicoletti-associates.com
        *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

        I hereby certify that on June 6, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.   I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                    By:  /s/ *Paul J. Nicoletti*

## SERVICE LIST

Paul B. Overhauser, Esq.                              *CM/ECF*
Overhauser Law Offices, LLC
740 West Green Meadows Drive, Suite 300
Greenfield, IN 46140
E-mail: poverhauser@overhauser.com
*Attorneys for Defendants Chris Minor*
*and Theresa Stephenson*


David W. Hamilton, Esq.                               *CM/ECF*
Rowe & Hamilton
22 East Washington St
Indianapolis, IN 46204
E-mail: dham@indy.net
*Attorney for Defendant Jay Garrett*


Derick Brooks                                         *U.S. Mail*
529 South 9th Street
Lafayette, IN 47901
*Pro se*

3

Siwei Li                                                    *U.S. Mail*
2427 Neil Armstrong Drive, 1A
West Lafayette, IN 47906
*Pro se*