## UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT INDIANA

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. <u>1:12-cv-00845-TWP-MJD</u> |
| | ) | |
| v. | ) | |
| | ) | |
| ANDREW LEIGHTNER, KEVIN DEMPSEY, | ) | |
| KENNETH REESE, CARL RUDY, LUCAS | ) | |
| SHULTZ, LUCIAN SAVULESCU, DAN | ) | |
| COROIAN, JIM GENDRON, JEREMY | ) | |
| COTTON, NEVILLE FERNANDES, DANIEL | ) | |
| PITTMAN, JAY GARRETT, JERRY RICHEY, | ) | |
| CONNIE FELONGCO, TERESA | ) | |
| STEPHENSON, KIRAN POULSEN, CHRIS | ) | |
| MINOR, SIWEI LI, DERICK BROOKS, | ) | |
| CLARISSA HENDERSHOT and JOHN DOES | ) | |
| 14, 16, 17, 20, 23, 24 and 29, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF FILING SUPPLEMENTAL AUTHORITY

PLEASE TAKE NOTICE, Plaintiff is attaching hereto a copy of the Memorandum –
Report on Bellwether Trial entered in *Malibu Media, LLC v. John Does 1, 13, 14, and 16*, Case
No. 12–2078–MMB (E.D. Pa., Jun.18, 2013), which explains the Court's process regarding the
first ever BitTorrent trial and that "Malibu has satisfied its burden of proof with substantial
evidence and deserves a large award." *Id* at *15.

Dated:  June 18, 2013

Respectfully submitted,

NICOLETTI & ASSOCIATES, PLLC

By: /s/ *Paul J. Nicoletti*
   Paul J. Nicoletti, Esq. (P44419)
   36880 Woodward Ave, Suite 100
   Bloomfield Hills, MI 48304
   Tel:  (248) 203-7800
   Fax:  (248) 203-7801
   E-Fax: (248) 928-7051
   Email:  paul@nicoletti-associates.com
   *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

   I hereby certify that on June 18, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.   I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

          By:  /s/ *Paul J. Nicoletti*

## SERVICE LIST

Paul B. Overhauser, Esq.          *CM/ECF*
Overhauser Law Offices, LLC
740 West Green Meadows Drive, Suite 300
Greenfield, IN 46140
E-mail: poverhauser@overhauser.com
*Attorneys for Defendants Chris Minor*
*and Theresa Stephenson*

David W. Hamilton, Esq.         *CM/ECF*
Rowe & Hamilton
22 East Washington St
Indianapolis, IN 46204
E-mail: dham@indy.net
*Attorney for Defendant Jay Garrett*

Derick Brooks            *U.S. Mail*
529 South 9th Street
Lafayette, IN 47901
*Pro se*

## SERVICE LIST (CONTINUED)

Siwei Li                                                          *U.S. Mail*
2427 Neil Armstrong Drive, 1A
West Lafayette, IN 47906
*Pro se*