UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT INDIANA

| | |
|---|---|
| MALIBU MEDIA, LLC,<br>Plaintiff,<br><br>v.<br><br><br>ANDREW LEIGHTNER, KEVIN DEMPSEY,<br>KENNETH REESE, CARL RUDY, LUCAS<br>SHULTZ, LUCIAN SAVULESCU, DAN<br>COROIAN, JIM GENDRON, JEREMY<br>COTTON, NEVILLE FERNANDES, DANIEL<br>PITTMAN, JAY GARRETT, JERRY RICHEY<br>CONNIE FELONGCO, TERESA<br>STEPHENSON, KIRAN POULSEN, CHRIS<br>MINOR, SIWEI LI, DERICK BROOKS,<br>CLARISSA HENDERSHOT, CHRIS MINOR,<br>and JOHN DOES 14, 16, 17, 20, 23, 24 and 29,<br><br>Defendants. | )<br>)<br>)<br>)<br>)  Case No. 1:12-cv-00845-TWP-MJD<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## APPEARANCE OF COUNSEL

TO:   THE CLERK OF COURT AND ALL PARTIES OF RECORD

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Chris Minor and Teresa Stephenson.

Date:  July 2, 2013            s/John M. Bradshaw
                               John M. Bradshaw
                               **OVERHAUSER LAW OFFICES LLC**
                               740 W. Green Meadows Dr., Suite 300
                               Greenfield, IN  46140-4019
                               Phone: 317-891-1500
                               Fax: 866-283-8549
                               jbradshaw@overhauser.com
                               Attorneys for Minor and Stephenson

1