UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | CASE NO. 1:12-CV-00845-TWP-MJD |
| ) | |
| THERESA STEPHENSON, CHRIS MINOR, ) | |
| SIWEI LI, DERICK BROOKS, KAREN ) | |
| GARRETT ) | |
| Defendants. ) | |

## RESPONSE TO ORDER TO SHOW CAUSE

Comes now Defendant, Karen Garrett, by counsel, David W. Hamilton, hereby replies to the Order to Show Cause, and in support thereof would show the Court as follows:

1. That David W. Hamilton failed to personally attend the initial pretrial conference held on July 9, 2013, due to the fact that the same was not on his calendar. This may be due to the fact that the email address for dham@indy.net had been malfunctioning and counsel did not and/or was not aware that the matter had been scheduled.

2. That the Court staff did notify counsel's office of the pretrial conference while the same was being conducted but counsel was out of the office in a deposition. Counsel did contact the Court staff to ascertain whether or not he could be telephonically connected to the pretrial conference but was told arrangements had to be made beforehand.

3. That counsel apologizes to the Court in that he takes his obligation as counsel seriously, nor would he intentionally miss any Court proceedings on behalf of his client(s).

WHEREFORE, Defendant, Karen Garrett, by counsel, respectfully requests the Court to dismiss the show cause Order, and for all other relief just and proper in the premises.

Respectfully submitted,

ROWE & HAMILTON

/s/David W. Hamilton Esq.
 David W. Hamilton, Esq., 8501-49
 ROWE & HAMILTON
 22 E. Washington St., Suite 600
 Indianapolis, IN  46204
 (317) 632-2524/(317) 631-5905 (fax)
 E-mail:  dham@indy.net
 *Counsel for Defendant, Karen Garrett*

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2013, a copy of the foregoing document was filed electronically.  Notice of this filing will be sent to the following party/parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

| | |
|---|---|
| Paul J. Nicoletti<br>NICOLETTI & ASSOCIATES, PLLC<br>E-mail:  pauljnicoletti@gmail.com<br>paul@nicoletti-associates.com | Kyle C. Persinger<br>SPITZER HERRIMAN STEPHENSON<br> HOLDEREAD MUSSER & CONNER LLP<br>E-mail:  kpersinger@shshlaw.com |
| Paul B. Overhauser<br>OVERHAUSER LAW OFFICES LLC<br>poverhauser@overhauser.com | David Scott Klinestiver<br>LEWIS & KAPPES<br>E-mail:  dklinestiver@lewis-kappes.com |
| Tony A. Gibbens<br>BRANNON ROBINSON SOWERS HUGHEL & DOSS PC<br>E-mail:  tag@brannonrobinson.com | John Michael Bradshaw<br>OVERHAUSER LAW OFFICES LLC<br>E-mail:  jbradshaw@overhauser.com |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 17, 2013, a copy of the foregoing document was mailed, by first-class U.S. Mail, postage prepaid and properly address to the following:

Siwei Li  
2427 Neil Armstrong Dr., Apt. 1A  
West Lafayette, IN  47906

Derick Brooks  
529 South 9th Street  
Lafayette, IN 47901

      /s/David W. Hamilton, Esq. ._____  
        David W. Hamilton, Esq.