UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | CASE NO. 1:12-CV-00845-TWP-MJD |
| ) | |
| THERESA STEPHENSON, CHRIS MINOR, ) | |
| SIWEI LI, DERICK BROOKS, KAREN ) | |
| GARRETT ) | |
| Defendants. ) | |

## KAREN GARRETT'S NOTICE OF SERVICE OF INITIAL DISCLOSURES

On July 25, 2013, Defendant, Karen Garrett, by counsel, served her initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, on all parties in this matter.

DATED: July 25, 2013

                                        Respectfully submitted,

                                        Rowe & Hamilton

                                        /s/David W. Hamilton Esq.
                                          David W. Hamilton, Esq., 8501-49
                                          Rowe & Hamilton
                                          22 E. Washington St., Suite 600
                                          Indianapolis, IN  46204
                                          (317) 632-2524/(317) 631-5905 (fax)
                                          E-mail:  dham@indy.net
                                          *Counsel for Defendant, Karen Garrett*

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2013, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to the following party/parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| Paul J. Nicoletti<br>NICOLETTI & ASSOCIATES, PLLC<br>E-mail:  pauljnicoletti@gmail.com<br>paul@nicoletti-associates.com | Kyle C. Persinger<br>SPITZER HERRIMAN STEPHENSON<br> HOLDEREAD MUSSER & CONNER LLP<br>E-mail:  kpersinger@shshlaw.com |
| Paul B. Overhauser<br>OVERHAUSER LAW OFFICES LLC<br>poverhauser@overhauser.com | David Scott Klinestiver<br>LEWIS & KAPPES<br>E-mail:  dklinestiver@lewis-kappes.com |
| Tony A. Gibbens<br>BRANNON ROBINSON SOWERS HUGHEL & DOSS PC<br>E-mail:  tag@brannonrobinson.com | John Michael Bradshaw<br>OVERHAUSER LAW OFFICES LLC<br>E-mail:  jbradshaw@overhauser.com |

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2013, a copy of the foregoing document was mailed, by first-class U.S. Mail, postage prepaid and properly address to the following:

Siwei Li
2427 Neil Armstrong Dr., Apt. 1A
West Lafayette, IN  47906

Derick Brooks
529 South 9th Street
Lafayette, IN 47901

/s/David W. Hamilton, Esq. ._____
David W. Hamilton, Esq.