UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| Malibu Media, LLC, | ) |
|     Plaintiff, | ) |
| v. | ) Civil Action No. 1:12-cv-00845-TWP-MJD |
| DERICK BROKS, | ) |
| TERESA STEPHENSON, | ) |
| CHRIS MINOR, | ) |
| SIWEI LI | ) |
| KAREN GARRETT | ) |
|     Defendant(s) | ) |

### SIWEI LI RULE 26(a)(1) INITIAL DISCLOSURES

In accordance with the rule 26(a)(1) of the Federal Rules of civil procedure, Defendant Siwei Li provides the following information to Plaintiff, Malibu Media, LLC.

A. **The name, and, if known, the address and telephone number of each individual likely to have discoverable information relevant to disputed facts alleged with particularly in the pleadings, identifying the subjects of information.**

    Siwei Li has information regarding relevant information.

    Address for Siwei Li:

    2427 Neil Armstrong Drive, Apt 1A

    West Lafayette, IN

    Phone: 765-586-3731

1

B. A copy of, or a description by category and location of, all documents, data, compilations, and tangible things in the possession, custody, or control of the party that are relevant to disputed facts alleged with particularly in the pleadings.

> Documents, computer equipment, and computer files relevant to the case are located at Defendant's home.

C. A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including material bearing on the nature and extent of injuries suffered.

> Not applicable.

D. For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy judgment.

> Not applicable.

Respectfully submitted,

By: _____
Siwei Li

Pro Se Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been deposited in the U.S. Mail on July 24, 2013, addressed to:

Derick Brooks
529 S. 9th Street
Lafayette, IN 47901

David W. Hamilton
ROWE & HAMILTON
22 East Washington St
Indianapolis, IN 46204

Paul B. Overhauser
OVERHAUSER LAW OFFICES, LLC
101 West Ohio Street
Suite 2000
Indianapolis, IN 46204

Paul J. Nicoletti
NICOLETTI & ASSOCIATES, PLLC
36880 Woodward Avenue, Suite 100
Bloomfield Hills, MI 48304

Respectfully submitted,

By: _____
Siwei Li

Pro Se Defendant