UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

MALIBU MEDIA, LLC,                      )
                                        )
              Plaintiff,                )
          vs.                           ) NO. 1:12-cv-00845-TWP-MJD
                                        )
TERESA STEPHENSON,                      )
CHRIS MINOR,                            )
SIWEI LI,                               )
DERICK BROOKS,                          )
KAREN GARRETT,                          )
                                        )
              Defendants.               )

**ORDER REGARDING ALL DOCUMENTS FILED UNDER SEAL AND
AMENDING PROTECTIVE ORDER**

The Court's Minute Entry in this matter instructs the filing

of certain documents under seal. [Dkt. 17.] That procedure was

put in place to facilitate the flow of information to the Court

during the early stages of the case.  That time having passed, it

is now necessary to address the documents previously filed under

seal and to maintain under seal only that information that

satisfies the relevant rules and case law providing such

protection.

In order to clarify the procedure to be followed, the Court

orders as follows:

1.   The Clerk is directed to give Counsel for Plaintiff,

Paul Nicoletti access to the following sealed documents: Dkts.

19, 20, and 88.

2.    Within thirty days of the date of this order, Plaintiff shall file a list, by Docket Number, of all documents filed under seal and/or *ex parte* in this matter.  That list shall indicate for which, if any, of those documents separate leave to file under seal and/or *ex parte* has been sought and granted by the Court (again by Docket Number of the Court's order in that regard) other than the authority provided by the Court's Scheduling Order [Dkt. 8].

3.    For each docket entry identified in paragraph 2 above for which leave to file under seal and/or *ex parte* has not been sought and granted by the Court, within thirty days of the filing of the list described in paragraph 2, any party seeking to maintain such information under seal shall file a separate motion with regard to each such docket number seeking leave to maintain such documents under seal as set forth below.  Accompanying that filing shall be another version of each discrete docket entry sought to be maintained under seal from which only information sought to be maintained under seal has been redacted.  Any other party may challenge such motion as set forth below.

Additionally, to the extent the parties believe any previously sealed submissions should be unsealed, the parties should so note in the submissions filed pursuant to paragraphs 1 and 3 above.

Pending further order, the Court sets forth the following procedure governing the filing of documents under seal in this

matter.

    a.    Any documents sought to be filed or maintained under seal in this matter must be accompanied by a separate motion to seal.  Any such submission shall comply with the requirements of Local Rule 5-11.  S.D. Ind. L.R. 5-11.  Accompanying that filing shall be another version of the documents sought to be filed or maintained under seal from which only information subject to the protection of the Court has been redacted; that version of the document shall not be filed under seal.

    b.    Any challenge by another party to a motion seeking to maintain any documents or other information under seal shall be filed within seven days thereafter.  Any reply in support of the motion to seal shall be filed within three days after any response is filed.

Dated: 8/5/2103

                             Mark J. Dinsmore
                             United States Magistrate Judge
                             Southern District of Indiana

Distribution:

John Michael Bradshaw
OVERHAUSER LAW OFFICES, LLC
jbradshaw@overhauser.com

Amie Peele  Carter
BAKER & DANIELS - Indianapolis
amie.peelecarter@FaegreBD.com

Tony Allen Gibbens
BRANNON ROBINSON SOWERS HUGHEL & DOSS PC
tag@brannonrobinson.com

David W. Hamilton
ROWE & HAMILTON
dham@indy.net

David Scott Klinestiver
LEWIS & KAPPES
dklinestiver@lewis-kappes.com

Paul J. Nicoletti
NICOLETTI & ASSOCIATES, P.C.
pauljnicoletti@gmail.com

Paul B. Overhauser
OVERHAUSER LAW OFFICES, LLC
poverhauser@overhauser.com

Kyle C. Persinger
SPITZER HERRIMAN STEPHENSON HOLDEREAD MUSSER & CONNER LLP
kpersinger@shshlaw.com

SIWEI LI
2427 Neil Armstrong Drive, 1A
West Lafayette, IN 47906

DERICK BROOKS
529 South 9th Street
Lafayette, IN 47901