UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT INDIANA

| | |
|---|---|
| MALIBU MEDIA, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANDREW LEIGHTNER, KEVIN DEMPSEY, ) <br> KENNETH REESE, CARL RUDY, LUCAS ) <br> SHULTZ, LUCIAN SAVULESCU, DAN ) <br> COROIAN, JIM GENDRON, JEREMY ) <br> COTTON, NEVILLE FERNANDES, DANIEL ) <br> PITTMAN, JAY GARRETT, JERRY RICHEY, ) <br> CONNIE FELONGCO, TERESA ) <br> STEPHENSON, KIRAN POULSEN, CHRIS ) <br> MINOR, SIWEI LI, DERICK BROOKS, ) <br> CLARISSA HENDERSHOT and JOHN DOES ) <br> 14, 16, 17, 20, 23, 24 and 29, ) <br> ) <br> Defendants. ) <br> ) | Civil Case No. 1:12-cv-00845-TWP-MJD |

**PLAINTIFF'S NOTICE REGARDING ALL DOCUMENTS FILED UNDER SEAL**

Pursuant to the Court's order dated August 5, 2013 [CM/ECF 218], Plaintiff hereby gives notice that the following three documents were filed under seal:

1. CM/ECF 19, Plaintiff's Notice of Filing Subpoena Issued to Bright House Networks and Bright House's Response.  This was filed on September 21, 2012, pursuant to the Court's Minute Entry dated September 19, 2012. *See* CM/ECF 17 at *2, ¶1.

2. CM/ECF 20, Plaintiff's Notice of Filing Subpoena Issued to Comcast Corporation and Comcast's Response.  This was filed on September 21, 2012, pursuant to the Court's Minute Entry dated September 19, 2012. *See* CM/ECF 17 at *2, ¶1.

1

3. CM/ECF 88, Plaintiff's Notice of Filing Comcast's Supplemental Subpoena Response. This was filed on December 19, 2012, pursuant to the Court's Minute Entry dated September 19, 2012. *See* CM/ECF 17 at *2, ¶1.

While Plaintiff has no objection to these filings being unsealed, Plaintiff would like to note that the filings contain sensitive subscriber information.

Dated: September 4, 2013

        Respectfully submitted,

        NICOLETTI & ASSOCIATES, PLLC

By:  /s/ *Paul J. Nicoletti*
Paul J. Nicoletti, Esq. (P44419)
36880 Woodward Ave, Suite 100
Bloomfield Hills, MI 48304
Tel: (248) 203-7800
Fax: (248) 203-7801
E-Fax: (248) 928-7051
Email: paul@nicoletti-associates.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:  /s/ *Paul J. Nicoletti*

## SERVICE LIST

Paul B. Overhauser, Esq.
Overhauser Law Offices, LLC
740 West Green Meadows Drive, Suite 300
Greenfield, IN 46140
E-mail: poverhauser@overhauser.com
*Attorneys for Defendants Chris Minor*
*and Theresa Stephenson*

**SERVICE LIST (Continued)**

David W. Hamilton, Esq.
Rowe & Hamilton
22 East Washington St
Indianapolis, IN 46204
E-mail: dham@indy.net
*Attorney for Defendant Karen Garrett*

Derick Brooks
529 South 9th Street
Lafayette, IN 47901
*Pro se*

Siwei Li
2427 Neil Armstrong Drive, 1A
West Lafayette, IN 47906
*Pro se*

By: /s/ *Paul J. Nicoletti*