UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT INDIANA

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 1:12-cv-00845-TWP-MJD |
| | ) |
| ANDREW LEIGHTNER, KEVIN DEMPSEY, | ) |
| KENNETH REESE, CARL RUDY, LUCAS | ) |
| SHULTZ, LUCIAN SAVULESCU, DAN | ) |
| COROIAN, JIM GENDRON, JEREMY | ) |
| COTTON, NEVILLE FERNANDES, DANIEL | ) |
| PITTMAN, JAY GARRETT, JERRY RICHEY, | ) |
| CONNIE FELONGCO, TERESA | ) |
| STEPHENSON, KIRAN POULSEN, CHRIS | ) |
| MINOR, SIWEI LI, DERICK BROOKS, | ) |
| CLARISSA HENDERSHOT, CHRIS MINOR, | ) |
| and JOHN DOES 2, 14, 16, 17, 20, 23, 24 and 29, | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING MOTION TO REQUIRE PLAINTIFF TO POST BOND FOR COSTS AND EXPENSES

Chris Minor and Teresa Stephenson ("Defendants"), by counsel, hereby submit supplemental authority in support of their Motion To Require Plaintiff To Post Bond For Cost And Expenses. (Doc. 194).

As discussed in Defendants' motion, a court has discretion in deciding whether a Plaintiff should be required to post a bond, and at least one other court has required a BitTorrent pornography plaintiff to post bond. On August 19, 2013, Defendants submitted additional authority showing that another court has ordered a BitTorrent plaintiff to first post a $10,000 bond *and* obtaining a certificate of authority from the Secretary of State before filing any further lawsuits. (Doc. 219).

1

On September 10, 2013, another court went even further and ordered Plaintiff Malibu Media's counsel to pay a $200 sanction for each of eleven cases it filed in the Western District of Wisconsin, based on its finding that Malibu Media's "intent was to harass and intimidate defendants into early settlements by use of the salacious nature of others' materials, rather than the merit of its own copyright claims." (Exhibit 1)

The court should take judicial notice of this finding of fact, and consider it in exercising its discretion as to whether to require Plaintiff to post bond in this case.

Respectfully submitted,

By: s/Paul B. Overhauser
Paul B. Overhauser
**OVERHAUSER LAW OFFICES LLC**
740 W. Green Meadows Dr., Suite 300
Greenfield, IN  46140-4019
Phone: 317-891-1500
Fax: 866-283-8549
Attorneys for Defendants Teresa Stephenson and Chris Minor
© 2013

### EXHIBITS

| | |
|---|---|
| 1 | *Malibu Media, LLC v. John Doe, et. al.*, Sanctions Order; Case 13-cv-205-wmc (D.C. Wisconsin, September 10, 2013) |

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing is being filed electronically, and notice hereof will automatically be sent to all counsel of record that participate in electronic filing, by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

By: s/Paul B. Overhauser
Paul B. Overhauser