```
                 UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF INDIANA
                     INDIANAPOLIS DIVISION
```

MALIBU MEDIA, LLC,              )
                                )
            Plaintiff,          )
      vs.                       ) NO. 1:12-cv-00845-TWP-MJD
                                )
TERESA STEPHENSON,              )
CHRIS MINOR,                    )
SIWEI LI,                       )
DERICK BROOKS,                  )
KAREN GARRETT,                  )
                                )
            Defendants.         )

## ORDER TO SHOW CAUSE HEARING

Defendants Siwei Li and Derick Brooks, shall appear in open Court on **Friday, November 1, 2013 at 4:00 p.m.**, in Room 243, United States Courthouse, 46 East Ohio Street, Indianapolis, Indiana, before Magistrate Judge Mark J. Dinsmore to answer why they should not be sanctioned for having failed to appear for the September 13, 2013 telephonic status conference in this matter. Counsel for other parties, may, but need not attend.

Dated: 09/16/2013

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution List:

John Michael Bradshaw
OVERHAUSER LAW OFFICES, LLC
jbradshaw@overhauser.com

Amie Peele Carter
BAKER & DANIELS - Indianapolis
amie.peelecarter@FaegreBD.com

Tony Allen Gibbens
BRANNON ROBINSON SOWERS HUGHEL & DOSS PC
tag@brannonrobinson.com

David W. Hamilton
ROWE & HAMILTON
dham@indy.net

David Scott Klinestiver
LEWIS & KAPPES
dklinestiver@lewis-kappes.com

Paul J. Nicoletti
NICOLETTI & ASSOCIATES, P.C.
pauljnicoletti@gmail.com

Paul B. Overhauser
OVERHAUSER LAW OFFICES, LLC
poverhauser@overhauser.com

Kyle C. Persinger
SPITZER HERRIMAN STEPHENSON HOLDEREAD MUSSER & CONNER LLP
kpersinger@shshlaw.com

SIWEI LI
2427 Neil Armstrong Drive, 1A
West Lafayette, IN 47906

DERICK BROOKS
529 South 9th Street
Lafayette, IN 47901