## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT INDIANA

| | |
|---|---|
| MALIBU MEDIA, LLC,          )<br>                             )<br>    Plaintiff,              )<br>                             )<br>v.                           )<br>                             )<br>ANDREW LEIGHTNER, KEVIN DEMPSEY, )<br>KENNETH REESE, CARL RUDY, LUCAS  )<br>SHULTZ, LUCIAN SAVULESCU, DAN    )<br>COROIAN, JIM GENDRON, JEREMY     )<br>COTTON, NEVILLE FERNANDES, DANIEL )<br>PITTMAN, JAY GARRETT, JERRY RICHEY, )<br>CONNIE FELONGCO, TERESA          )<br>STEPHENSON, KIRAN POULSEN, CHRIS )<br>MINOR, SIWEI LI, DERICK BROOKS,  )<br>CLARISSA HENDERSHOT and JOHN DOES )<br>14, 16, 17, 20, 23, 24 and 29,   )<br>                             )<br>    Defendants.              )  | Civil Case No. <u>1:12-cv-00845-TWP-MJD</u> |

### ORDER GRANTING PLAINTIFF'S MOTION FOR
### <u>LEAVE TO AMEND THE THIRD AMENDED COMPLAINT</u>

THIS CAUSE came before the Court upon Plaintiff's Motion for Leave to Amend the Third Amended Complaint (the "Motion"), and the Court being duly advised in the premises, and no opposition having been filed, does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is hereby GRANTED. The clerk is directed to file Plaintiff's Third Amended Complaint [Dkt.225-2]. Plaintiff's Amended Complaint is deemed filed as of the date of this Order.

SO ORDERED

Dated: 10/17/2013

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:
All Electronically Registered Counsel