```
                     UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF INDIANA
                        INDIANAPOLIS DIVISION


MALIBU MEDIA, LLC,                )
                                  )
          Plaintiff,              )
     vs.                          ) NO. 1:12-cv-00845-TWP-MJD
                                  )
TERESA STEPHENSON,                )
CHRIS MINOR,                      )
SIWEI LI,                         )
DERICK BROOKS,                    )
KAREN GARRETT,                    )
                                  )
          Defendants.             )
```

**MINUTE ENTRY FOR NOVEMBER 1, 2013
STATUS CONFERENCE
HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

Defendants Li and Brooks appeared in person, Plaintiff and other Defendants appeared by counsel, telephonically for a Status Conference. Defendants Li, Brooks and Garrett have responded to Plaintiff's discovery requests. Defendant Minor and Stephenson have not responded due to a dispute regarding Plaintiff's electronic service of the discovery requests. Counsel for Plaintiff was instructed to serve the discovery by mail and Defendant Minor and Stephenson are ordered to respond to any discovery requests within fourteen (14) days from the date the discovery is served upon them. Defendants Li and Brooks served interrogatories, request for production and admissions on Plaintiff. Plaintiff has responded to Defendant Brooks' discovery

but did not recall receiving discovery from Defendant Li. Plaintiff is to contact Defendant Li if a replacement copy of the discovery is needed.

This matter is scheduled for a telephonic status conference on **Friday, December 13, 2013 at 10:30 a.m.** to discuss case status. Counsel shall attend the status conference by calling 1-877-336-1839 Access Code 4951264 Security Code 061812.

Dated:
    11/04/2013

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

John Michael Bradshaw
OVERHAUSER LAW OFFICES, LLC
jbradshaw@overhauser.com

Amie Peele Carter
BAKER & DANIELS - Indianapolis
amie.peelecarter@FaegreBD.com

Tony Allen Gibbens
BRANNON ROBINSON SOWERS HUGHEL & DOSS PC
tag@brannonrobinson.com

David W. Hamilton
ROWE & HAMILTON
dham@indy.net

David Scott Klinestiver
LEWIS & KAPPES
dklinestiver@lewis-kappes.com

Paul J. Nicoletti
NICOLETTI & ASSOCIATES, P.C.
pauljnicoletti@gmail.com

Paul B. Overhauser
OVERHAUSER LAW OFFICES, LLC
poverhauser@overhauser.com

Kyle C. Persinger
SPITZER HERRIMAN STEPHENSON HOLDEREAD MUSSER & CONNER LLP
kpersinger@shshlaw.com

SIWEI LI
2427 Neil Armstrong Drive, 1A
West Lafayette, IN 47906

DERICK BROOKS
529 South 9th Street
Lafayette, IN 47901