`IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | CASE NO. 1:12-CV-00845-TWP-MJD |
| ) | |
| KAREN GARRETT ET AL. ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT KAREN GARRETT'S ANSWER
## TO PLAINTIFF'S FOURTH AMENDED COMPLAINT

Comes now Defendant, Karen Garrett, by counsel, and for her Answer to Plaintiff's Fourth Amended Complaint states as follows:

### Introduction

1. Defendant admits the allegation contained in paragraph 1 of Plaintiff's Fourth Amended Complaint.

2. Defendant admits that Plaintiff make such allegations, but otherwise denies the remaining allegations in paragraph 2 of Plaintiff's Fourth Amended Complaint.

### Jurisdiction

3. The allegations contained in paragraph 3 of Plaintiff's Fourth Amended Complaint are legal conclusions and not averments of fact and, therefore, do not require a response from Defendant.

4. Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 4 of Plaintiff's Fourth Amended Complaint.

## Parties

5. Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 5 of Plaintiff's Fourth Amended Complaint.

6. Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 6 of Plaintiff's Fourth Amended Complaint.

7. Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 7 of Plaintiff's Fourth Amended Complaint.

8. Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 8 of Plaintiff's Fourth Amended Complaint.

9. Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 9 of Plaintiff's Fourth Amended Complaint.

10. Defendant admits the allegations contained in paragraph 10 of Plaintiff's Fourth Amended Complaint.

## Factual Background

11. Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 11 of Plaintiff's Fourth Amended Complaint as to each Defendant, but specifically denies the allegation as to Karen Garrett.

12. Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 12 of Plaintiff's Fourth Amended Complaint.

13. Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 13 of Plaintiff's Fourth Amended Complaint.

14. Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 14 of Plaintiff's Fourth Amended Complaint.

15. Defendant denies the allegations contained in paragraph 15 of Plaintiff's Fourth Amended Complaint as to Karen Garrett; otherwise, Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations as to each Defendant contained in paragraph 15 of Plaintiff's Fourth Amended Complaint.

16. Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 16 of Plaintiff's Fourth Amended Complaint.

17. Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 17 of Plaintiff's Fourth Amended Complaint.

18. Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 18 of Plaintiff's Fourth Amended Complaint.

19. Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 19 of Plaintiff's Fourth Amended Complaint.

20. Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 20 of Plaintiff's Fourth Amended Complaint.

21. Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 21 of Plaintiff's Fourth Amended Complaint.

22. Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 22 of Plaintiff's Fourth Amended Complaint.

23. Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 23 of Plaintiff's Fourth Amended Complaint.

24. Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 24 of Plaintiff's Fourth Amended Complaint.

25. Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 25 of Plaintiff's Fourth Amended Complaint.

26. Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 26 of Plaintiff's Fourth Amended Complaint.

27. Defendant denies the allegations contained in paragraph 27 of Plaintiff's Fourth Amended Complaint as to Karen Garrett; otherwise, Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 27 of Plaintiff's Fourth Amended Complaint.

28. Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 28 of Plaintiff's Fourth Amended Complaint.

29. Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 29 of Plaintiff's Fourth Amended Complaint.

30. Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 30 of Plaintiff's Fourth Amended Complaint.

31. Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 31 of Plaintiff's Fourth Amended Complaint.

32. Defendant denies the allegations contained in paragraph 32 of Plaintiff's Fourth Amended Complaint as to Karen Garrett; otherwise, Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 32 of Plaintiff's Fourth Amended Complaint.

33. Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 33 of Plaintiff's Fourth Amended Complaint.

34. Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 34 of Plaintiff's Fourth Amended Complaint.

49. Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 49 of Plaintiff's Fourth Amended Complaint.

50. Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 50 of Plaintiff's Fourth Amended Complaint.

51. Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 51 of Plaintiff's Fourth Amended Complaint.

52. Defendant denies the allegations contained in paragraph 52 of Plaintiff's Fourth Amended Complaint as to Karen Garrett; otherwise, Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 52 of Plaintiff's Fourth Amended Complaint.

53. Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 53 of Plaintiff's Fourth Amended Complaint.

54. Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 54 of Plaintiff's Fourth Amended Complaint.

55. Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 55 of Plaintiff's Fourth Amended Complaint.

## **Miscellaneous**

56. Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 56 of Plaintiff's Fourth Amended Complaint.

57. Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 57 of Plaintiff's Fourth Amended Complaint.

## Count I
## Against Teresa Stephenson

58. Defendant reasserts her responses to paragraphs 1 through 57 as if fully set forth herein.

59-63. Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraphs 59-63 of Plaintiff's Fourth Amended Complaint as to Defendant, Teresa Stephenson, but specifically denies as to Karen Garrett.

WHEREFORE, Defendant, Karen Garrett, by counsel, respectfully requests the Court enter judgment against Plaintiff, and for all other relief just and proper in the premises.

## Count II
## Against Chris Minor

64. Defendant reasserts her responses to paragraph 1 through 63 as if fully set forth herein.

65-69. Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraphs 65-69 of Plaintiff's Fourth Amended Complaint, but specifically denies as to Defendant, Karen Garrett.

WHEREFORE, Defendant, Karen Garrett, by counsel, respectfully requests the Court enter judgment against Plaintiff, and for all other relief just and proper in the premises.

## COUNT III
## Against Siwei Li

70. Defendant reasserts her responses to paragraph 1 through 69 as if fully set forth herein.

71-75. Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraphs 71-75 of Plaintiff's Fourth Amended Complaint. but specifically denies as to Defendant, Karen Garrett.

WHEREFORE, Defendant, Karen Garrett, by counsel, respectfully requests the Court enter judgment against Plaintiff, and for all other relief just and proper in the premises.

## COUNT IV
### Against Derick Brooks

76. Defendant reasserts her responses to paragraph 1 through 75 as if fully set forth herein.

77-81. Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraphs 77-81 of Plaintiff's Fourth Amended Complaint. but specifically denies as to Defendant, Karen Garrett.

WHEREFORE, Defendant, Karen Garrett, by counsel, respectfully requests the Court enter judgment against Plaintiff, and for all other relief just and proper in the premises.

## COUNT V
### Against Karen Garrett

82. Defendant reasserts her responses to paragraph 1 through 81 as if fully set forth herein.

83. Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraphs 83 of Plaintiff's Fourth Amended Complaint.

84. Defendant denies the allegations contained in paragraph 84 of Plaintiff's Fourth Amended Complaint as to Karen Garrett.

85. Defendant denies the allegations contained in paragraph 85 of Plaintiff's Fourth Amended Complaint as to Karen Garrett.

86. Defendant denies the allegations contained in paragraph 86 of Plaintiff's Fourth Amended Complaint as to Karen Garrett.

87. Defendant denies the allegations contained in paragraph 87 of Plaintiff's Fourth Amended Complaint as to Karen Garrett.

WHEREFORE, Defendant, Karen Garrett, by counsel, respectfully requests that the Court enter judgment against Plaintiff, and for all other relief just and proper in the premises.

## **AFFIRMATIVE DEFENSES**

Defendant, Karen Garrett, by counsel for her affirmative defenses to Plaintiff's Fourth Amended Complaint, states as follows:

88. Plaintiff has failed to state a claim upon which relief may be granted in its Fourth Amended Complaint as to Defendant, Karen Garrett.

89. Defendant is not liable for the acts or omissions of other parties.

90. Defendant reserves the right to amend her answer and set forth any additional affirmative defenses as Defendant investigates Plaintiff's claims in this case.

WHEREFORE, Defendant, Karen Garrett, by counsel, respectfully requests that the Court enter judgment against Plaintiff, and for all other relief just and proper in the premises.

Respectfully submitted,

ROWE & HAMILTON

/s/David W. Hamilton Esq.
David W. Hamilton, Esq., 8501-49
ROWE & HAMILTON
22 E. Washington St., Suite 600
Indianapolis, IN  46204
(317) 632-2524/(317) 631-5905 (fax)
E-mail:  dham@indy.net
*Counsel for Defendant, Karen Garrett*

**CERTIFICATE OF SERVICE**

   I hereby certify that on 11th day of November, 2013, a copy of the foregoing document was filed electronically.  Notice of this filing will be sent to the following party/parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

| | |
|---|---|
| Paul J. Nicoletti<br>NICOLETTI & ASSOCIATES, PLLC<br>E-mail: paul@nicoletti-associates.com | Kyle C. Persinger<br>SPITZER HERRIMAN STEPHENSON<br> HOLDEREAD MUSSER & CONNER LLP<br>E-mail: kpersinger@shshlaw.com |
| Arend Abel, Lynn Toops, Richard Shevitz<br>COHEN & MALAD LLP<br>E-mail: aabel@cohenandmalad.com<br>   ltoops@cohenandmalad.com<br>   rshevitz@cohenandmalad.com | David Scott Klinestiver<br>LEWIS & KAPPES<br>E-mail: dklinestiver@lewis-kappes.com |
| Tony A. Gibbens<br>BRANNON ROBINSON PC<br>E-mail: tag@brannonrobinson.com | Paul B. Overhauser<br>Overhauser Law Offices LLC<br>E-mail: poverhauser@overhauser.com |

**CERTIFICATE OF SERVICE**

   I hereby certify that on the 11th day of November, 2013, a copy of the foregoing document was mailed, by first-class U.S. Mail, postage prepaid and properly address to the following:

| | | |
|---|---|---|
| Siwei Li<br>2427 Neil Armstrong Dr., Apt. 1A<br>West Lafayette, IN  47906 | Derick Brooks<br>529 South 9th Street<br>Lafayette, IN 47901 | Andrew Leightner<br>2625 N. Meridian St., Apt. 423<br>Indianapolis, IN  46208 |
| Daniel Pittman<br>7460 Waterfront Dr., Apt. 202<br>Indianapolis, IN  46214 | Connie Felongco<br>712 Rankie Dr., Apt. 1<br>Anderson, IN  46012 | Jeremy Colton<br>5229 W. 300 S.<br>Russiaville, IN  46979 |

            /s/David W. Hamilton, Esq. .  
             David W. Hamilton, Esq.