UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT INDIANA

| | |
|---|---|
| MALIBU MEDIA, LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TERESA STEPHENSON, CHRIS MINOR, )<br>SIWEI LI, DERICK BROOKS and )<br>KAREN GARRETT, )<br>)<br>Defendants. ) | Case No. 1:12-cv-00845-TWP-MJD |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Malibu Media, LLC and Defendants, Teresa Stephenson and Chris Minor, by their undersigned counsel, hereby notify the Court that the parties have reached an agreement to settle this dispute. The parties expect to formalize the settlement within 30 days.

Respectfully Submitted,

/s/Paul J. Nicoletti
Paul J. Nicoletti, Esquire
Nicoletti & Associates, PLLC
36880 Woodward Avenue, Suite 100
Bloomfield Hills, MI 48303
Phone: 248-203-7800
paul@nicoletti-associates.com
Attorney for Plaintiff

/s/John M. Bradshaw
John M. Bradshaw, Atty No. 21556-49
OVERHAUSER LAW OFFICES LLC
740 W. Green Meadows Dr., Suite 300
Greenfield, IN 46140-4019
Phone: 317-891-1500
jbradshaw@overhauser.com
Attorney for Defendants
Stephenson and Minor

**CERTIFICATE OF SERVICE**

   I hereby certify that a copy of the foregoing is being filed electronically, and notice hereof will automatically be sent to all counsel of record that participate in electronic filing, by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

            By: /s/John M. Bradshaw_____
              John M. Bradshaw