IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERNDISTRICT OF INDIANA
INDIANAPOLIS DIVISION

MALIBU MEDIA, LLC,

        Plaintiff,

v.

TERESA STEPHENSON, CHRIS MINOR, SIWEI LI, DERICK BROOKS and KAREN GARRETT,

        Defendants.
_____/

Case No. 1:12-cv-00845-TWP-MJD

**RESPONSE TO DOCKET NUMBER 240**
**ORDER TO SHOW CAUSE**

Plaintiff Malibu Media, LLC, by its undersigned counsel states as follows:

Because of an unintentional error the hearing was not calendared correctly by one of undersigned's paralegals so undersigned accidentally missed it. Undersigned sincerely apologizes for any inconvenience this may have caused.

Attached as **Exhibit A** is a U.S. District Court Case from the State of Colorado, which has a confusingly similar case number as the instant cause of action and it is the same Plaintiff as in this case. The confusingly similar case number, based on a central docketing system, contributed to the unintentional error, which occurred on 12-17-13. This was the first time Plaintiff's counsel has missed a scheduled hearing and Defendants are not prejudiced by the error.[1]

WHEREFORE, Plaintiff requests that the court discharge the Order to Show Cause.

---

[1] Note: Docket Number 223 is an Order to Show Cause against Defendants Li and Brooks for their failure to appear for a 9-13-13 telephonic status conference.

        Respectfully submitted,

        */s/ Paul J. Nicoletti*_____

        Paul J. Nicoletti, Esquire
        Nicoletti& Associates, PLLC
        36880 Woodward Avenue
        Suite 100
        Bloomfield Hills, MI 48303
        Phone:  317-891-1500
        paul@nicoletti-associates.com
        *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2013, the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

I further certify that some of the participants in the case are not CM/ECF users.  I have mailed the foregoing document via U.S. Mail to the persons set forth in the Service List as maintained by the Clerk of the Court.

        By:  ___*/s/ Paul J. Nicoletti*_____
        Paul J. Nicoletti