```
                   UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF INDIANA
                      INDIANAPOLIS DIVISION


MALIBU MEDIA, LLC,              )
                                )
          Plaintiff,            )
     vs.                        ) NO. 1:12-cv-00845-TWP-MJD
                                )
KAREN GARRETT,                  )
                                )
          Defendant.            )
```

**MINUTE ENTRY FOR JANUARY 16, 2014**
**STATUS CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

Parties appeared by telephone for a Status Conference. The parties are working on negotiating an agreed protective order, relating to the production of Defendant's hard drive, for submission to the Court. Due to a delay in the production of the hard drive, the Scheduling Order [Dkt. 212] is amended as follows:

> **E.** If parties need additional evidence from each other, or from third-parties, companies, or entities, they may use the methods described in Federal Rules of Civil Procedure 26-37 and 45 to obtain it. These methods are called "discovery" methods. All discovery requests must be served on the responding party (but NOT filed with the Court) no later than **May 12, 2014.** All Discovery must be completed by **June 13, 2014**.
>
> **F.** No later than **April 1, 2014** – Plaintiff shall tell the Defendant if they intend to use any testimony by expert witnesses. At that time, if Plaintiff intends to use an expert, they must give the Defendant either a signed report from the expert that presents all the witness' opinions and all the other information required by Federal Rule of Civil Procedure 26(a)(2)(B) for experts with regard to whom that Rule applies or a disclosure identifying the subject matter on which that witness is expected to provide expert

testimony and a summary of the facts and opinions to which the witness is expected to testify, as required by Rule(26)(a)(2)(c)).

**G.** No later than **May 2, 2014** – Defendant shall tell the Plaintiff if they intend to use any testimony by expert witnesses. At that time, if Defendant intends to use an expert, they must give the Plaintiff either a signed report from the expert that presents all the witness' opinions and all the other information required by Federal Rule of Civil Procedure 26(a)(2)(B) for experts with regard to whom that Rule applies or a disclosure identifying the subject matter on which that witness is expected to provide expert testimony and a summary of the facts and opinions to which the witness is expected to testify, as required by Rule(26)(a)(2)(C)).

**J.** No later than **July 7, 2014**– Any party who believes that there is no genuine issue as to any material fact and that it is entitled to judgment as a matter of law, and therefore the case does not need to go to trial, must file its motion under Federal Rule of Civil Procedure 56.

**L.** All parties shall file and serve their final witness and exhibit lists on or before **May 2, 2014**. This list should reflect the specific potential witnesses the party may call at trial. It is not sufficient for a party to simply incorporate by reference "any witness listed in discovery" or such general statements. The list of final witnesses shall include a brief synopsis of the expected testimony.

**M.** Any party who wishes to limit or preclude expert testimony at trial shall file any such objections no later than **July 7, 2014**.

**N.** On or before **June 26, 2014**, and consistent with the certification provisions of Fed. R. Civ. Proc. 11(b) the party with the burden of proof shall file a statement of the claims or defenses it intends to prove at trial, stating specifically the legal theories upon which the claims or defenses are based.

Amie Peele Carter has been appointed Mediation Assistance Counsel for Defendants Brooks and Li. Those Defendants have now been dismissed. The Clerk is directed to terminate the

appearance of Ms. Carter, with the Court's thanks for her assistance.

This matter is scheduled for a telephonic status conference on **Friday, March 14, 2014 at 10:30 a.m.** to discuss readiness to proceed with the settlement conference.  Counsel shall attend the status conference by calling the designated phone number, to be provided by the Court via email generated by the Court's ECF system.

Dated:  01/21/2014

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:
Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.