UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| KAREN GARRETT, | ) | |
| | ) | |
| Defendant. | ) | No. 1:12-cv-00845-TWP-MJD |
| | ) | |
| _____ | ) | |

## ORDER ON PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

COMES NOW the Plaintiff, by counsel, Paul Nicoletti, pursuant to the Court's Order to Show Cause dated 12/17/2013 [Dkt. 240], Plaintiff's Response to Order to Show Cause dated 12/23/2013 [Dkt. 243]. The Court, being duly advised in the premises, now enters the following Order:

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Order to Show Cause issued to Plaintiff on December 17, 2013 is hereby DISCHARGED.

Dated: 01/23/2014

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Distribution:

Tony Allen Gibbens
BRANNON ROBINSON SOWERS HUGHEL & DOSS PC
tag@brannonrobinson.com

David Scott Klinestiver
LEWIS & KAPPES
dklinestiver@lewis-kappes.com

Paul J. Nicoletti
NICOLETTI & ASSOCIATES, P.C.
pauljnicoletti@gmail.com

John Michael Bradshaw
OVERHAUSER LAW OFFICES, LLC
jbradshaw@overhauser.com

Paul B. Overhauser
OVERHAUSER LAW OFFICES, LLC
poverhauser@overhauser.com

David W. Hamilton
ROWE & HAMILTON
dham@indy.net

Kyle C. Persinger
SPITZER HERRIMAN STEPHENSON HOLDEREAD MUSSER & CONNER LLP
kpersinger@shshlaw.com